```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

Jesse Cowans,                       :

        Petitioner          :   Case No. C-1-00-618

  v.                                :   Judge Sargus

Margaret Bagley, Warden,            :   Magistrate Judge Abel

        Respondent          :

## ORDER

Counsel for the parties are DIRECTED to make a joint, written status report to the Magistrate Judge within eleven (11) days of the date of this Order. Alternatively, counsel may call my secretary, Marty Doré, at 614-719-3370 within that time to schedule a status conference with me.

                                              s/Mark R. Abel
                                              United States Magistrate Judge