IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jesse Cowans, | : | |
| Petitioner | : | Case No. C-1-00-618 |
| v. | : | Judge Sargus |
| Margaret Bagley, Warden, | : | Magistrate Judge Abel |
| Respondent | : | |

ORDER

On December 15, 2003, counsel for petitioner and respondent participated in a telephone status conference with the Magistrate Judge. A return of writ and traverse have been filed. The petition is awaiting decision on the merits.

Petitioner's counsel indicated that Cowans will likely file a *Murnahan* appeal in the Supreme Court of Ohio within the next 30 days. When he does, petitioner will file a motion to stay in this Court.

s/Mark R. Abel
United States Magistrate Judge