IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jesse Cowans,                        :

       Petitioner            :   Case No. C-1-00-618

  v.                                 :   Judge Sargus

Margaret Bagley, Warden,             :   Magistrate Judge Abel

       Respondent            :

<u>ORDER</u>

On December 15, 2003, counsel for petitioner and respondent participated in a telephone status conference with the Magistrate Judge. A return of writ and traverse have been filed. The petition is awaiting decision on the merits.

Petitioner's counsel indicated that Cowans will likely file a *Murnahan* appeal in the Supreme Court of Ohio within the next 30 days. When he does, petitioner will file a motion to stay in this Court.

                                <u>s/Mark R. Abel</u>
                                United States Magistrate Judge