IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
(COLUMBUS)

| | | |
|---|---|---|
| JESSE J. COWANS, | ) : | |
| *Petitioner*, | ) : | |
| *vs.* | ) : | **Case No. C-1-00-618** |
| | | Judge Edmund A. Sargus, Jr. |
| MARGARET BAGLEY, WARDEN, | ) : | Magistrate Judge Mark R. Abel |
| *Respondent*. | ) | |

## PETITIONER'S STATUS REPORT

Pursuant to this Court's order of September 28, 2004 Petitioner hereby advises the court that the Rule 26(B) action filed in the Ohio Supreme Court was completed on August 9, 2004. On that date, the Court denied Petitioner's application. Petitioner's counsel have spoken with the Assistant Ohio Public Defender, Susan Roche, the attorney handling that matter in the state court, and she has informed counsel that there has been a decision not to file a Petition for Certiorari in the matter. Accordingly, the state action is now complete.

Respectfully submitted,

/s/Carol A. Wright
Carol A. Wright (0029782)
318 Berger Alley
Columbus, Ohio 43206
(614) 224-2999

and

Harry R. Reinhart
Reinhart Law Office

One Americana  
400 South Fifth Street, Suite 202  
Columbus, Ohio 43215-5430  
(614) 228-771  
*Counsel for Petitioner Jesse Cowans*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was filed electronically on this 1st day of November, 2004. Service on all parties will be accomplished through the electronic filing system

/s/ Carol A. Wright  
*Counsel for Petitioner*