IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSE COWANS,

    Petitioner,

  -v-

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:00cv618
JUDGE SARGUS
Magistrate Judge Abel

## ORDER

Petitioner, a prisoner sentenced to death by the State of Ohio, has pending before this Court a habeas corpus action pursuant to 28 U.S.C. §2254. This matter is before the Court upon a motion by one of petitioner's attorneys to withdraw, (doc.no. 69), filed on November 3, 2004.

Attorney Carol Wright moves this Court for an order permitting her to withdraw from petitioner's case, citing a conflict of interest resulting from newly-exhausted claims of ineffective assistance of appellate counsel that petitioner seeks to add to his petition. Ms. Wright was one of the attorneys who represented petitioner on direct appeal and whose constitutional ineffectiveness petitioner now alleges.

For good cause shown, Ms. Wright's motion to withdraw is GRANTED. Further, the Court appoints attorney Dennis Belli to replace Ms. Wright as lead counsel. Harry Reinhart, is still co-counsel of record.

The Court DIRECTS the parties, within ten (10) days of the date of this order, to contact the Magistrate Judge to schedule a status conference for the purpose of establishing a new briefing schedule.

**IT IS SO ORDERED.**

9-13-2005

**EDMUND A. SARGUS, JR.**
**United States District Judge**