IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
(COLUMBUS)

| | |
|---|---|
| JESSE J. COWANS, | ) |
| | : |
| *Petitioner*, | ) |
| | : |
| vs. | ) Case No. C-1-00-618 |
| | : Judge Edmund A. Sargus, Jr. |
| MARGARET BAGLEY, WARDEN, | ) Magistrate Judge Mark R. Abel |
| | : |
| *Respondent*. | ) |

## SUPPLEMENT TO JOINT APPENDIX

Pursuant to the Court's September 9, 2005 Order (Doc. 72), the attached exhibits are the relevant pleadings, documents and decisions from the App. R. 26(B) proceedings filed in the state courts.

Exhibit A-Appellant Jesse Cowans' Application for Reopening with Affidavit

Exhibit B-Appellee State of Ohio's Memorandum In Opposition

Exhibit C-*State v. Cowans* 08/04/2004 Case Announcements, 2004-Ohio-3980; Ohio Supreme Court Decision Denying Application for Reopening.

Respectfully submitted,

/s/ Carol A. Wright
Carol A. Wright (0029782)
318 Berger Alley
Columbus, Ohio 43206
(614) 224-2999

and

Harry R. Reinhart
Reinhart Law Office
One Americana

        400 South Fifth Street, Suite 202
        Columbus, Ohio 43215-5430
        (614) 228-771
        *Counsel for Petitioner Jesse Cowans*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was filed electronically on this 23rd day of September, 2005  Service on all parties will be accomplished through the electronic filing system

        /s/ Carol A. Wright
        *Counsel for Petitioner*