IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jesse J. Cowans,                                    :

              Petitioner               :        Civil Action 1:00-cv-00618

  v.                                               :        Judge Sargus

Margaret Bagley, Warden                   :        Magistrate Judge Abel

            Respondent            :

# Scheduling Order

On September 28, 2005, counsel for the parties met with the Magistrate Judge for a scheduling conference.

On or before October 18, 2005, petitioner's counsel will advise respondent's counsel whether they intend to brief any grounds for relief in addition to the Fourteenth Ground, which is set out at page 16 of Judge Sargus's September 9, 2005 Opinion and Order. Respondent will file her merits brief on Ground Fourteen on or before November 18, 2005. Should petitioner intend to brief other issues, counsel should provide the Court with an agreed proposed modified briefing schedule on or before November 18, 2005. Petitioner will file his responsive merits brief on or before January 31, 2006.

s/Mark R. Abel
United States Magistrate Judge