**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

JESSE J. COWANS,                    :

     Petitioner,                    :          Case No.  1:00-cv-00618

-vs-                                :          JUDGE SARGUS

MARGARET BAGLEY, Warden,            :          Magistrate Judge Abel

     Respondent.                    :          *Death Penalty Case*

---

**AGREED PROPOSED MODIFIED BRIEFING  SCHEDULE
IN RESPONSE TO 09/29/05 SCHEDULING ORDER (DOC. # 75)**

In response to the Magistrate Judge's direction to the parties in his September 29, 2005 Scheduling Order to present an agreed proposed modified briefing schedule in the event that Petitioner desires to brief issues other than Ground Fourteen of the Petition, Petitioner and Respondent submit the following schedule for the Court's consideration:

| Due Date | Document |
|----------|----------|
| 11-18-05 | Respondent's Merit Brief as to Ground Fourteen |
| 01-31-06 | Petitioner's Responsive Merit Brief as to Ground Fourteen |
| 01-31-06 | Petitioner's Motion for Reconsideration of Opinion and Order Dismissing Defaulted Grounds 2(c), 2(f), 2(g), and 6 (Doc. #49) |
| 02-21-06 | Respondent's Memorandum in Response to Petitioner's Motion for Reconsideration of Opinion and Order Dismissing Defaulted Grounds 2(c), 2(f), 2(g), and 6 (Doc. #49) |
| 03-07-06 | Petitioner's Optional Reply Memorandum in Support of Reconsideration of Opinion and Order Dismissing Defaulted Grounds 2(c), 2(f), 2(g), and 6 (Doc. #49) |

Respectfully submitted,

s/ Dennis C. Belli
DENNIS C. BELLI (0025216)
844 South Front Street
Columbus, Ohio 43206-2543
(614) 444-6556
bellilawoffice@yahoo.com

and

s/ Harry R. Reinhart
HARRY R. REINHART (0008294)
Reinhart Law Office
One Americana
400 South Fifth Street, Suite 202
Columbus, Ohio 43215-5430
(614) 228-7771

COUNSEL FOR PETITIONER

and

JIM PETRO
Attorney General


s/Daniel R. Ranke
Daniel R. Ranke (0047136)
Assistant Attorney General
Capital Crimes Section
615 W. Superior Avenue, 11th Floor
Cleveland, Ohio 44113-3478
(216) 787-3030
dranke@ag.state.oh.us

COUNSEL FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2005, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to all counsel of record.

s/ Dennis C. Belli
DENNIS C. BELLI (0025216)
COUNSEL FOR PETITIONER