IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSE COWANS,

    Petitioner,

  -v-

MARGARET BAGLEY, Warden,

    Respondent.

Case No. 1:00cv618
JUDGE SARGUS
Magistrate Judge Abel

## ORDER

Petitioner, a prisoner sentenced to death by the State of Ohio, has pending before this Court a habeas corpus action pursuant to 28 U.S.C. §2254. This matter is before the Court upon the Agreed Proposed Modified Briefing Schedule filed by counsel for petitioner and respondent on November 16, 2005, (doc.no. 77).

On September 28, 2005, the matter came before the Court for a status conference, after which the Court issued a Scheduling Order providing, among other things, that counsel should provide the Court with an agreed proposed modified briefing schedule in the event that petitioner seeks to brief issues in addition to his recently-added fourteenth ground for relief. (Doc.No. 75).

The Court ADOPTS the Agreed Proposed Modified Briefing Schedule filed on November 16, 2005, (doc.no. 77).

**IT IS SO ORDERED.**

s/Mark R. Abel
United States Magistrate Judge