IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| JESSE J. COWANS, | : | |
| Petitioner, | : | CASE NO. 1:00-cv-618 |
| v. | : | Judge Edmund A. Sargus |
| MARGARET BAGLEY, Warden | : | Magistrate Judge Mark R. Abel |
| Respondent. | : | *Death Penalty Case* |

RESPONDENT'S NOTICE OF TERMINATION OF COUNSEL
AND DESIGNATION OF LEAD COUNSEL AND CO-COUNSEL

Please take notice that Assistant Attorney General Stuart A. Cole is no longer with the Capital Crimes Section of the Ohio Attorney General's Office should be terminated as counsel of record. **Assistant Attorney General Daniel R. Ranke is designated as lead and trial counsel** of record on this case and **Assistant Attorney General Michael L. Collyer** is designated as co-counsel. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

JIM PETRO
Ohio Attorney General

s/*Daniel R. Ranke*
_____
**DANIEL R. RANKE\* (0047136)**
Assistant Attorney General
    **\*Lead and Trial Counsel**
Email: dranke@ag.state.oh.us

**MICHAEL L. COLLYER (0061719)**
Assistant Attorney General
Email: mcollyer@ag.statate.oh.us
Capital Crimes Section
615 West Superior Avenue, 11th Floor
Cleveland, Ohio 44113-1899

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Respondent's Notice of Termination of Counsel and Designation of Lead Counsel*** has been forwarded via the court's electronic filing system, this 21st day of April, 2006, to counsel for petitioner:

| | |
|---|---|
| Dennis C. Belli | Harry R. Reinhart |
|     Email: bellilawoffice@yahoo.com |         Email: hreinhart@compuserve.com |
| 844 South Front Street | Reinhart Law Office |
| Columbus, Ohio 43206 | 400 South Fifth Street, Suite 202 |
| | Columbus, Ohio 43215-5430 |

s/*Daniel R. Ranke*
_____
**DANIEL R. RANKE\* (0047136)**
Assistant Attorney General