UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JESSIE J. COWANS, PETITIONER,** | **CASE NO. C-1-00-618** |
| VS. | **JUDGE SARGUS**<br>**MAGISTRATE JUDGE ABEL** |
| **MARGARET BAGLEY, WARDEN,** | |

**RESPONDENT BAGLEY'S SUPPLEMENT TO EXHIBITS TO RETURN
OF WRIT (COWANS' PCR EXHIBITS 29-41)**

                                                Respectfully submitted,

                                                **NANCY H. ROGERS**
                                                **Attorney General of Ohio**

                                                Daniel R. Ranke (0047136)
                                                (Trial Counsel)
                                                Assistant Attorney General
                                                Corrections Litigation Section
                                                Capital Crimes Unit
                                                615 W. Superior Ave., 11th Floor
                                                Cleveland, Ohio 44113
                                                (216) 787-3030
                                                (216) 787-3480 (fax)
                                                CCSReview@ag.state.oh.us

                                                **COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 27th, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Daniel R. Ranke
Daniel R. Ranke (0047136)
Assistant Attorney General
Corrections Litigation Section
Capital Crimes Unit
615 W. Superior Ave. 11th Floor
Cleveland, Ohio 44113
(216) 787-3030
(216) 787-3480 (fax)
CCSReview@ag.state.oh.us
