MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

FILED

FEB   1996

1      IN THE UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF OHIO

3                WESTERN DIVISION

4                   - - -

5  Alton Coleman,                )
                                 )
6          Petitioner,           )   Case Nos.
                                 )   C-3-94-CV-533 (Lead Case)
7      vs.                       )   C-1-94-CV-863
                                 )   C-1-94-CV-864
8  United States of America,     )   Judge Sandra S. Beckwith
   et al.,                       )
9                                )
           Respondents.          )
10                               )
                      - - -
11

12          Deposition of William Damsel, a witness

13  herein, called by the Petitioner for examination under

14  the applicable rules of Federal Civil Court Procedure,

15  taken before me, Linda D. Riffle, Registered Merit

16  Reporter, Certified Realtime Reporter and Notary Public

17  in and for the State of Ohio, pursuant to notice and

18  stipulations of counsel hereinafter set forth, at the

19  offices of the Ohio Public Defender Commission, 8 East

20  Long Street, 11th Floor, Columbus, Ohio, on Monday

21  November 27, 1995, beginning at 3:25 o'clock p.m. and

22  concluding on the same day.

23                   - - -

24

25

   *  DEPONET AFFILIATE  *  CERTIFIED MIN-U-SCRIPT PUBLISH

EXHIBIT
29

1

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1          IN THE UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF OHIO

3                  WESTERN DIVISION

4                    - - -

5   Alton Coleman,                )
                                  )
6           Petitioner,           )    Case Nos.
                                  )    C-3-94-CV-533 (Lead Case)
7      vs.                        )    C-1-94-CV-863
                                  )    C-1-94-CV-864
8   United States of America,     )    Judge Sandra S. Beckwith
    et al.,                       )
9                                 )
            Respondents.          )
10                    - - -

11

12          Deposition of William Damsel, a witness

13   herein, called by the Petitioner for examination under

14   the applicable rules of Federal Civil Court Procedure,

15   taken before me, Linda D. Riffle, Registered Merit

16   Reporter, Certified Realtime Reporter and Notary Public

17   in and for the State of Ohio, pursuant to notice and

18   stipulations of counsel hereinafter set forth, at the

19   offices of the Ohio Public Defender Commission, 8 East

20   Long Street, 11th Floor, Columbus, Ohio, on Monday,

21   November 27, 1995, beginning at 3:25 o'clock p.m. and

22   concluding on the same day.

23                    - - -

24

25

*  DEPONET AFFILIATE  *  CERTIFIED MIN-U-SCRIPT PUBLISHER  *

2

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    APPEARANCES:

2        ON BEHALF OF THE PETITIONER:

3            Dale A. Baich, Esq.
             Assistant State Public Defender
4            Ohio Public Defender Commission
             8 East Long Street, 11th Floor
5            Columbus, Ohio  43215-2998
             (614) 466-5394
6
             David C. Stebbins, Esq.
7            330 South High Street
             Columbus, Ohio  43215
8            (614) 224-7291

9        ON BEHALF OF THE REPONDENTS:

10           Betty D. Montgomery, Esq.
             Attorney General of Ohio
11
             By:  Charles L. Wille, Esq.
12                Assistant Attorney General
                  Capital Crimes Section
13                State Office Tower
                  30 East Broad Street, 26th Floor
14                Columbus, Ohio  43215-3428
                  (614) 728-7055
15
     Also Present:
16
             Christine Mason, Paralegal
17           Ohio Public Defender Commission

18                     - - -

19

20

21

22

23

24

25

*  DEPONET AFFILIATE  *  CERTIFIED MIN-U-SCRIPT PUBLISHER  *

3

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1                          Monday, November 27, 1995

2                          Afternoon Session

3                              - - -

4                          STIPULATIONS

5              It is stipulated by and among counsel for the

6      respective parties that the deposition of William

7      Damsel, a witness herein, called by the Petitioner for

8      examination under the applicable rules of Federal Civil

9      Court Procedure, may be taken at this time by the

10     Notary pursuant to notice; that said deposition may be

11     reduced to writing in stenotype by the Notary, whose

12     notes may thereafter be transcribed out of the presence

13     of the witness; that proof of the official character

14     and qualification of the Notary is waived; that the

15     reading and signature of the said William Damsel to the

16     transcript of his deposition are expressly waived by

17     counsel and the witness; said deposition to have the

18     same force and effect as though the witness had signed

19     his typewritten deposition.

20                             - - -

21

22

23

24

25

*  DEPONET AFFILIATE  *  CERTIFIED MIN-U-SCRIPT PUBLISHER  *

4

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO   (614) 431-1344

1                    I N D E X

2                       - - -

3   WITNESS                                     PAGE

4   William Damsel
       Examination by Mr. Baich                    5

5

6                       - - -

    EXHIBITS                                   MARKED
7
    Damsel Deposition Exhibit No. 1 -             6
8      Affidavit and Attachments A through Q

9   Damsel Deposition Exhibit No. 2 -             7
       Ohio Department of Rehabilitation and
10     Correction records - 39 pages -
       produced in response to Subpoena Duces
11     Tecum Paragraph No. 3

12  Damsel Deposition Exhibit No. 3 -             8
       Ohio Department of Rehabilitation and
13     Correction records - 14 pages -
       produced in response to Subpoena
14     Duces Tecum Paragraph No. 11

15                      - - -

16

17

18

19

20

21

22

23

24

25

*  DEPONET AFFILIATE  *   CERTIFIED MIN-U-SCRIPT PUBLISHER  *

5

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1              P R O C E E D I N G S

2                   - - -

3                   Monday, November 27, 1995

4                   Afternoon Session

5                   - - -

6         (Witness sworn.)

7              MR. BAICH:        We are here today for

8    a records deposition in the matter of Coleman vs.

9    United States.

10                  - - -

11                  WILLIAM DAMSEL

12   of lawful age, being by me first duly sworn to testify

13   to the truth, the whole truth, and nothing but the

14   truth, as hereinafter certified, deposed and testified

15   as follows:

16                  EXAMINATION

17   BY MR. BAICH:

18        Q.    Could you please state your name and spell

19   your last name for the record?

20        A.    My name is William Damsel, last name

21   D-a-m-s-e-l.

22        Q.    And your title, Mr. Damsel?

23        A.    Staff Counsel.

24        Q.    For?

25        A.    The Ohio Department of Rehabilitation and

6

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    Correction.

2              MR. BAICH:          In response to the

3    subpoena duces tecum issued to the Southern Ohio

4    Correctional Facility, Mr. Damsel and Mr. Wille from

5    the Attorney General's office have provided us with an

6    affidavit in response to the subpoena.  I would like to

7    have that affidavit marked, please.

8                        - - -

9              Thereupon, Damsel Deposition

10             Exhibit No. 1 was marked for

11             purposes of identification.

12                       - - -

13             MR. BAICH:          The Affidavit has

14   been marked as Damsel Exhibit 1.  Appended to the

15   affidavit are Attachments A through Q, which are also

16   part of the affidavit.

17             Can we go off the record for a second?

18             (Discussion held off the record.)

19             MR. WILLE:          The attachments to

20   that affidavit are true and accurate copies of

21   documents maintained by the Southern Ohio Correctional

22   Facility.

23             MR. BAICH:          Thank you.

24             In response to the subpoena issued to the

25   Ohio Department of Rehabilitation and Correction,

      *  DEPONET AFFILIATE  *  CERTIFIED MIN-U-SCRIPT PUBLISHER  *

7

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    Mr. Damsel has brought two sets of documents.

2                 The first set of documents is in response

3    to Request No. 3 as listed in the subpoena duces tecum.

4    And could you mark these documents.

5                    - - -

6                 Thereupon, Damsel Deposition

7                 Exhibit No. 2 was marked for

8                 purposes of identification.

9                    - - -

10                (Discussion held off the record.)

11                MR. BAICH:        The documents marked

12   as Damsel Exhibit No. 2 consist of 39 pages.  Each page

13   will be marked from 1 through 39, just so we have a

14   complete inventory of the documents.

15   BY MR. BAICH:

16       Q.   Mr. Damsel, are these true and accurate copies

17   of the records that are maintained by the Department of

18   Rehabilitation and Correction?

19       A.   Yes.  Those documents in Exhibit 2 are true

20   and accurate copies of records that are maintained at

21   the Department.

22       Q.   And those records are maintained in the normal

23   and ordinary course of business?

24       A.   Yes, they are.

25                MR. BAICH:        The next set of

8

1    documents consist of 14 pages, and are in response to

2    Paragraph No. 11 of the subpoena duces tecum.

3              Could you mark that, please?

4                   • • •

5              Thereupon, Damsel Deposition

6              Exhibit No. 3 was marked for

7              purposes of identification.

8                   • • •

9              MR. BAICH:       The exhibit is marked

10   as Damsel Exhibit No. 3 consisting of 14 pages.  And,

11   again, each page will be numbered in this exhibit.

12   BY MR. BAICH:

13      Q.   Mr. Damsel, are these true and accurate copies

14   of the records maintained by the Ohio Department of

15   Rehabilitation and Correction?

16      A.   Yes, they are.

17      Q.   And are these documents kept in the ordinary

18   course of business?

19      A.   Yes.

20      Q.   There were nine other items requested in the

21   subpoena duces tecum.  Do you have any documents that

22   are responsive to those requests?

23      A.   No.  I do not have documents from the

24   Department that were responsive to those other

25   categories.

9

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1          Most of those categories, if records existed,

2     they were maintained at the Southern Ohio Correctional

3     Facility.  We did a -- a search for records responsive

4     to the various categories listed in the subpoena; and

5     based upon that search, identified, obviously, that the

6     Southern Ohio Correctional Facility had records and

7     that we had records responsive that fit in these two

8     categories.

9          Q.   Mr. Damsel, does the Ohio Department of

10    Rehabilitation and Correction have a record retention

11    schedule under 149.351?

12         A.   Yes, they do.

13         Q.   And do you know if records are destroyed

14    pursuant to that schedule?

15         A.   Yes.  Pursuant to that schedule, records and,

16    in particular, files of former inmates are eventually

17    stored and then destroyed pursuant to that schedule.

18         Q.   In response to a request for records

19    pertaining to a number of inmates listed in our

20    request, did you look for records pertaining to those

21    individuals?

22         A.   A search was done for some of the individuals

23    listed.  The requests in a couple categories was fairly

24    broad to include all persons executed, and the search

25    only included those most recent ones from the early

10

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    '60s and even those records and files were not present.

2    So we didn't go back and look even further because even

3    the most-recent files were not present.  So based upon

4    our most diligent search, we believe that we provided

5    all the records that we had responsive to those

6    categories.

7              (Discussion held off the record.)

8    BY MR. BAICH:

9        Q.    Mr. Damsel, in response to -- In Paragraph 1

10   of the subpoena duces tecum we asked for documents

11   identifying persons who were executed by means of

12   electrocution, including the dates upon which those

13   persons were executed, the place of the execution,

14   witnesses to each execution, and the warden who

15   conducted such executions.

16            Did you do a search for those records?

17       A.    Yes.  A search was done for records that would

18   have that information on it.

19       Q.    And did you locate any records that are

20   responsive to ·  at request?

21       A.    The only record that I understood we had is

22   one of the records that the Southern Ohio Correctional

23   Facility provided, which I believe lists inmates that

24   were executed and, perhaps, the date and maybe the

25   place of the execution, but does not include

11

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    information about any witnesses that may have been

2    present, and also does not include information about

3    who was the warden at that time.

4        Q.   And you're referring specifically to Damsel

5    Exhibit 1, Attachment A?

6        A.   Yes, that's correct.

7        Q.   Okay.  And just so I'm clear, the Ohio

8    Department of Rehabilitation and Correction then does

9    not keep records relating to an actual execution or the

10   event of an execution?

11       A.   In our search we have not located a record

12   that had that information.  Whether that information

13   was kept in a record and maintained and then possibly

14   stored and destroyed pursuant to a retention schedule,

15   I -- I do not know.  But in our search for the files we

16   have not found a record or a file that would have some

17   of the additional information requested, in particular

18   witnesses at some of the executions.

19       Q.   Okay.  In Paragraph No. 2 of our request we

20   r quested autopsy report, of persons who are executed.

21   Does the Department maintain autopsy reports?

22       A.   No.  We have no inmate files, inmate medical

23   records or inmate autopsy reports from any of the

24   persons that were executed based upon our search.

25   That's -- Certainly, we did not find anything.  And

12

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    since -- since we were dealing with reports that are

2    more than 30 years old, we were unable to locate any

3    autopsy reports.

4        Q.    Do you know if autopsies were ever performed?

5        A.    No, I do not know.

6        Q.    In response to Paragraph No. 4 we requested

7    information which demonstrates that the electric chair

8    inflicts pain or mental or physical suffering upon a

9    person electrocuted.  Did you search for such records?

10       A.    Yes, we did.

11       Q.    And do such records exist?

12       A.    No, not -- not to our knowledge.

13       Q.    In Paragraph No. 5 we requested the identities

14   of any persons who, in their official capacity as a

15   State employee, witnessed an execution by electrocution

16   carried out in any one of the individual states in the

17   United States.

18            In Damsel Exhibit 1, attachment -- in

19   Paragraph 5 of the response, I'm sorry, the names of

20   five indiv luals are listed.  Do ou know whether any

21   other individuals witnessed executions?

22       A.    I do not know if any others have.  I believe

23   those are the only five Department employees who --

24   State employees who have -- who have done so.

25       Q.    In Paragraph No. 6 of the subpoena we ask for

13

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    any photographs, pictures, film or videotape taken

2    before, during or after an execution of all persons

3    executed in Ohio by means of electrocution. Did you

4    search for those types of records?

5       A.   Yes, we did.

6       Q.   And do any of those records exist?

7       A.   To my knowledge, we did not have photographs

8    of -- of an execution or of a person immediately before

9    or after the execution. I believe the photographs that

10   we've provided are more representative photographs of

11   the appearance of the electric chair; but they're --

12   they were not taken at a time near any of the

13   executions.

14       Q.   Just so I'm clear, again, you said you don't

15   have pictures, et cetera, taken before or after; what

16   about during an execution?

17       A.   To my knowledge, we do not.

18       Q.   I believe you answered the next question

19   regarding all photographs, pictures and films or

20   videotape of the electric chair. I believe that

21   information was provided in Damsel Exhibit 1,

22   Attachments G through N.

23       Do any other photographs exist?

24       A.   Yes. To my knowledge, there are numerous

25   other photographs that depict the electric chair much

14

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO   (614) 431-1344

1    in the way those representative photographs do.

2         Q.    Okay.  Would you have any objection to us

3    seeing those at some point in time if we wish to?

4         A.    No, I do not.

5         Q.    Item 8 requested documents relating to or

6    pertaining to the preparation for, the carrying out of

7    and the debriefing from, executions by means of

8    electrocutions in Ohio.  Did you search the DRC files

9    for that type of information?

10        A.    Yes.  We searched for -- for all these

11   categories.

12        Q.    And were any documents located?

13        A.    Mind if I (indicating)....

14              The -- I believe the only document we had was

15   a duplicate of a document that the Southern Ohio

16   Correctional Facility was providing, which is the

17   policy.

18        Q.    Okay.  Would that be Attachment P to Damsel

19   Exhibit 1?

20        A.    Yes, that's what i s marked as.

21        Q.    In Paragraph No. 9 we requested documents

22   relating to or pertaining to descriptions or accounts

23   of executions in Ohio by means of electrocution.  Did

24   you search for those records?

25        A.    Yes.  We -- We did search for those.  And we

15

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    were -- did not locate any department files or records

2    that contained that information.

3        Q.    And in Paragraph No. 10 we requested documents

4    relating to or pertaining to descriptions or accounts

5    of the condition of the body of a person executed in

6    the State of Ohio by means of electrocution.  Did you

7    search for those records?

8        A.    Yes.

9        Q.    Did you locate any?

10       A.    No.

11              MR. BAICH:            Can we go off for a

12    second?

13              (Discussion held off the record.)

14              MR. WILLE:            I'll state for the

15    record that Respondent recognizes a continuous duty to

16    turn over things in discovery, and, also, due to the

17    possible many locations of documents, there are

18    continuing efforts being made; and if documents are

19    found, they will be turned over.

20              MR. BAICH:            Signature?

21              THE WITNESS:  .       I'll waive.

22              (Signature waived.)

23              (Thereupon, the deposition was

24              concluded at 3:50 o'clock p.m.

25              on Monday, November 27, 1995.)

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1                    C E R T I F I C A T E

2                           - - -

3    State of Ohio,          )
                              )  SS:
4    County of Licking,       )

5                           - - -

6          I, Linda D. Riffle, Registered Merit Reporter,
     Certified Realtime Reporter and Notary Public in and
7    for the State of Ohio, hereby certify that the
     foregoing is a true and accurate transcript of the
8    deposition testimony, taken under oath on the date
     hereinbefore set forth, of ,
9          *William Damsel*                .
           I further certify that I am neither attorney
10   or counsel for, nor related to or employed by any of
     the parties to the action in which the deposition was
11   taken, and further that I am not a relative or employee
     of any attorney or counsel employed in this case, nor
12   am I financially interested in the action.

13

14                          Linda D. Riffle, Registered
                            Merit Reporter, Certified
15                          Realtime Reporter and Notary
                            Public in and for the State
16                          of Ohio.

17   My Commission Expires:
     July 25, 1996.

18

19

20                    *** CAUTION ***
21   This certification bears an original signature in
     nonreproducible ink.  The foregoing certification of
22   the transcript does not apply to any reproduction of
     the same not bearing the signature of the certifying
23   court reporter. McGinnis & Associates, Inc. disclaims
     responsibility for any alterations which may have been
24   made to the noncertified copies of this transcript

25                           - - -

      *  DEPONET AFFILIATE  *  CERTIFIED MIN-U-SCRIPT PUBLISHER  *



## AFFIDAVIT IN RESPONSE TO SUBPOENA SEEKING
## DOCUMENTS PERTAINING TO EXECUTIONS
## IN THE STATE OF OHIO

The Affiants, being competent and having information in response to the materials subpoenaed in this matter, affirm and state as follows:

1).  In response to request number one, attached hereto as attachment "A" is a copy of a list of electrocutions by electric chair at the Ohio Penitentiary.

2).  No documents responsive to this request are available at the Southern Ohio Correctional Facility.

3). In response to this request, we provide the following documents:

    1.  A copy of test records of electrocution equipment, Attachment "B";
    2.  One copy of blueprints of execution equipment, Attachment "C";
    3.  A copy of Operation Procedures entitled "Execution Equipment", attachment "D";
    4.  A copy of RIS Instrument Manual, attachment "E";
    5.  A copy of Instruction Manual IM 4D2B1-01E, attachment "F".

4).  No documents responsive to this request are available at the Southern Ohio Correctional Facility.

5). In response to this request, the following DRC staff members (present and former) traveled to Virginia to view an electrocution prior to renovation and preparation for potential executions on Ohio:

1. Arthur Tate
2. James Hieneman
3. Rodger Roddy
4. Sharron Kornegay
5. Phil Parker

6). No documents responsive to this request are available at the Southern Ohio Correctional Facility.

7). In response to this request, we provide a sampling of photos marked as Attachments "G", "H", "I", "J", "K", "L", "M"; and a copy of a videocassette taken of the death house at the Southern Ohio Correctional Facility on October 25, 1994, Attachment "N".

8). In response to this request, attached hereto as Attachment "O" is a copy of a handout given to media personnel on the Southern Ohio Correctional Facility execution process. Also, as Attachment "P" is a copy of DRC Policy and Procedure W-05-94, Prisoner Execution; and, as Attachment "Q" a copy of DRC Form 2459, Election of Manner of Execution.

9). No executions have taken place at the Southern Ohio Correctional Facility; therefore, no documents are available responsive to this request.

10). No documents responsive to this request are available at the Southern Ohio Correctional Facility.

11). In as much as records are kept by various departments at the Southern Ohio Correctional Facility and no one person is distinguished as "Records Custodian" for the documents requested, Affiant, Terry J. Collins, Warden of the Southern Ohio Correctional Facility, is representing the Southern Ohio Correctional Facility as "Records Custodian" and has made answer to request numbers 1, 2, 4, 5, 6, 7, 8, 9, 10.

12). Affiant, David See, Deputy Warden of Support Services at the Southern Ohio Correctional Facility, has made answer to request number 3.

Further, Affiants sayeth naught.

Sworn to before me and subscribed in my presence this 27th day of November, 1995.

Tami Collingsworth, Notary Public
My commission expires 2-25-1999

Terry J. Collins,
Warden

Sworn to before and subscribed in my presence this 27th day of November, 1995.

Tami Collingsworth, Notary Public
My commission expires 2-25-1999

David See,
Deputy Warden/Support Serv.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ATTACHMENT "A"

## ELECTROCUTIONS BY ELECTRIC CHAIR AT OHIO PENITENTIARY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

1. WILLIAM HAAS  Serial No. 28717 Age 17, White Male of Hamilton County, Electrocuted, April 21, 1897, for the Murder of Mrs. William Brady.

2. WILLIAM WILEY  Serial No. 28853 Age 38, White Male of Hamilton County, Electrocuted, April 21, 1897, for the Murder of his wife.

3. FRANK MILLER  Serial No. 29404 Age 27, White male of Franklin County, Electrocuted, September 3, 1897, for the Murder of Mrs. Saluda Miller.

4. ALBERT FRANTZ  Serial No. 28896 Age 22, White Male of Montgomery County, Electrocuted, November 19, 1897, for the Murder of Bessie Littl.

   FRANK EARLY  Serial No. 30273 Age 33, Colored Male of Hamilton County, Electrocuted, May 14, 1898, for the Murder of his wife.

6. CHARLES NELSON  Serial No. 30950 Age 23, Colored Male of Wood County, Electrocuted, November 4, 1898, for the Murder of James Zimmerman.

7. BRUNO KIRVES  Serial No. 31679  Age 47, White Male of Montgomery County Electrocuted August 17, 1899 for the Murder of his daughter Emma.

8. RICHARD GARDNER  Serial No. 32657 Age 25, Colored Male of Ross County. Electrocuted November 9, 1900, for the Murder of Ethel Long.

9. ROSLYNN FERRELL  Serial No. 32669 Age 22, White Male of Union County. Electrocuted March 1, 1901, for the Murder of Eugene Lane.

10. EDWARD RUTHVEN  Serial No. 33063 Age 30, Colored Male of Cuyahoga County. Electrocuted June 21, 1901, for the Murder of Officer Shipp.

11. JOHN BENNETT  Serial No. 35229 Age 26, Colored Male of Lorain County. Electrocuted April 15, 1904, for the Murder of his wife.

12. CARL BERG  Serial No. 35326 Age 19, White Male of Futon County. Electrocuted June 3, 1904, for the Murder of John Guibord.

    MIKE SCHILLER  Serial No. 34925 Age 40, White Male of Mahoning County. Electrocuted June 17, 1904, for the Murder of his wife.

14. MOSE JOHNSON  Serial No. 35167 Age 28, Colored Male of Scioto County. Electrocuted June 18, 1904, for the Murder of William Test.

15. ALBERT WADE  Serial No.  34694 Age 43, White Male of Lucas County.
Electrocuted July 14, 1904, for the Murder of Kate Sullivan.

16. BEN WADE  Serial No. 34897 Age 30, White Male of Lucas County.
Electrocuted July 14, 1904, for the Murder of Kate Sullivan.

17. CHARLES STIMMEL  Serial No. 35225 Age 26, White Male of Montgomery
County. Electrocuted July 22, 1904, for the Murder of Joseph Shide.

18. ALFRED KNAPP  Serial No. 34944 Age 42, White Male of Butler County.
Electrocuted August 19, 1904, for the Murder of his wife.

19. ALBERT FISHER  Serial No. 35444 Age 45, White Male of Lucas County.
Electrocuted October 7, 1904, for the Murder of William Marshall.

20. LEWIS HERMON  Serial No. 35368 Age 27, White Male of Franklin County.
Electrocuted October 28, 1904, for the Murder of George Geyer.

21. OTIS LOVELAND  Serial No. 35055 Age 38, White Male of Franklin County.
Electrocuted November 25, 1904, for the Murder of George Geyer.

22. WILLIAM NICHOLS  Serial No. 35056 Age 67, White Male of Hardin County.
Electrocuted December 9, 1904, for the Murder of Alfred Minard.

23. HERMAN HAMILTON  Serial No.  35629 Age 19, Colored Male of Scioto
County. Electrocuted March 24, 1905, for the Murder of L. Culvert.

BUTLER STYLES  Serial No.  35608 Age 30, Colored Male of Franklin
County. Electrocuted September 21, 1906, for the Murder of an Ohio
Penitentiary Guard W.H. Moorehead.

25. FRED CASTER  Serial No. 36644 Age 28, White Male of Franklin County.
Electrocuted February 15, 1907, for the Murder of Officer Davis.

26. OLIVER C. HAUGH  Serial No. 36919 Age 36, White Male of Montgomery
County. Elec-ecuted April 19, 1907, for the Murder of his Parents and
Brother. (Mr. Oliver C. Haugh was an MD in Montgomery County)

27. JAMES W. CORNELIUS  Serial No. 37306 Age 36, White Male of Stark County
Electrocuted June 28, 1907, for the Murder of his wife.

28. HENRY WHITE  Serial No. 37359 Age 25, Colored Male of Warren County.
Electrocuted July 19, 1907, for the Murder of Officer Bssore.

29. ALBERT DAVIS  Serial No. 37166 Age 41, Colored Male of Clark County.
Electrocuted October 25, 1907, for the Murder of Miss. Hazel Reed.

30. ROYAL FOWLER  Serial No. 37331 Age 27, White Male of Montgomery County.
Electrocuted November 1, 1907, for the Murder of Mary Haggerty.

FRANK A. EARL  Serial No. 37728 Age 26, White Male of Shelby County.
Electrocuted December 20, 1907, for the Murder of William Legg.

32. HARRY E. CROOKS  Serial No.  38812 Age 45, White Male of Montgomery

33. HARRY RIFE  Serial No. 39331 Age 38, White Male of Preble County.
Electrocuted January 19, 1910, for the Murder of Mrs. Lydia Gilmore Griswold.

34. JOHN KILPATRICK  Serial No. 39153 Age 27 Colored Male of Jefferson County. Electrocuted February 5, 1910, for the Murder of C. H. Steel.

35. CHARLES DAVIS  Serial No. 39332 Age 27, Colored Male of Lawrence County. Electrocuted March 11, 1910, for the Murder of Ella Welch.

36. WILLIAM T. SWAN  Serial No. 39739 Age 25, Colored Male of Ross County Electrocuted September 2, 1910, for the Murder of Mrs Mary Jackson and infant Grandchild at Ross County, Ohio.

37. CLETUS WILLAMAN  Serial No. 39993 Age 29, White Male of Stark County. Electrocuted July 28, 1911, for the Murder of Mr. & Mrs. W. A. Koons.

38. CHARLES JUSTICE  Serial No. 40103 Age 42, White Male of Green County. Electrocuted October 27, 1911, for the Murder of John Shoup, A farmer, at Green County, Ohio. Shortly before the turn of the 19th century a wandering broommaker named Charles Justice tried his hand at crime without success. He was charged with and convicted of armed robery and sent to the Ohio Penitentiary. He served a stretch and was released. Ulimately he was returned for burglary and Larceny. It was 1897 and Penitentiary officials were starting to install Ohio's first and only electric chair. They learned that Justice has some knowledge of electricity. He agreed to help build the chair and played a major role in installing it.
EVENTUALLY he was released again. Then he committed a murder. He was found guilty and sentenced to die. On November 9, 1910 he came back to the penitentiary under a death sentence. On October 27, 1911 he was executed in the same chair that he helped build.

39. STEPHEN SCOTT  Serial No. 39788 Age 33, Colored Male of Miami County. Electrocuted November 3, 1911, for the Murder of Guissepi Cassemento, A Peddler, at Piqua, Miami County, Ohio.

40. THOMAS DAVIS  Serial No. 40592 Age 26, Colored Male of Pickaway Count Electrocuted December 15, 1911, for the Murder of Two Unknown Hungaria near Circleville, Pickaway County, Ohio.

41. ROCCO KLAWETCH  Serial No. 41363 Age 46, White Male of Erie County. Electrocuted November 15, 1912, for the Murder of Three Italians.

42. DOMINICK SELLVAGIO  Serial No. 40950 Age 35, White Male of Erie Count Electrocuted November 22, 1912, for the Murder of Three (3) Italians.

43. FRANK KINNEY  Serial No. 41953 Age 55, White Male of Cuyahoga County. Electrocuted December 12, 1913, for the Murder of Captain Byrne.

44. HARLEY BEARD  Serial No. 42857 Age 18, White Male of Lawrence County. Electrocuted December 4, 1914, for the Murder of Bob, Mary, & Nancy Massie.

45. WESLIE JENKINS  Serial No. 42759 Age 30, Colored Male of Montgomery County. Electrocuted December 14, 1914, for the Murder of Nellie Bail.

46. REUBEN ELLIS  Serial No. 44873 Age 26, Colored Male of Hamilton County. Electrocuted February 6, 1917, for the Murder of Anna Hart.

47. ALBERT CLARK  Serial No. 45302 Age 28, White Male of Miami County. Electrocuted June 22, 1917, for the Murder of Officer Harvey Blake.

48. BLAIN SNOUFFER  Serial No. 45694 Age 26, White Male of Franklin Coun Electrocuted December 12, 1917, for the Murder of Augusta Sickles.

49. CHARLES BURNETTI  Serial No. 45854 Age 35, White Male of Stark Count Electrocuted February 1, 1918, for the Murder of John O'Brien.

50. AARON WASHINGTON  Serial No. 46236 Age 21, Colored Male of Montgomer County. Electrocuted July 26, 1918, for the Murder of Clarence Conov.

51. WILLIAM WRIGHT  Serial No. 46490 Age 37, Colored Male of Franklin County. Electrocuted September 20, 1918, for the Murder of Detective William O'Rourke.

52. PASQUALE BIONDO  Serial No. 46825 Age 27, White Male of Summit Count Electrocuted October 4, 1918, for the Murder of Patrolman Edward J. Costigan.

53. BRAZIL SPILLMAN  Serial No. 46834 Age 35, Colored Male of Hamilton County. Electrocuted October 25, 1918, for the Murder of Wm. Neely.

54. FRANK MAZZANO  Serial No. 46737 Age 19, White Male of Summit County. Electrocuted February 21, 1919, for the Murder of Patrolman Gethin Richards.

55. ROSART BORGIA  Serial No. 5774 Age 25, White Male of Summit County. Electrocuted February 21, 1919, for the Murder of Patrolman Gethin Richards.

56. PAUL CHIAVARO  Serial No. 46848 Age 31, White Male of Summit County. Electrocuted July 24, 1919, for the Murder of Patrolman Gethin Richards.

57. JAMES MORGAN  Serial No. 47862 Age 52, Colored Male of Williams Count Electrocuted September 26, 1919, for the Murder of Alexander Grant.

58. FRANK SEINICH  Serial No. 47868 Age 30, White Male of Tuscarawas County. Electrocuted October 17, 1919, for the Murder of Nicholas Chambers, Civil War Veteran.

9. EDWARD NESS  Serial No. 47895 Age 35, White Male of Hamilton County. Electrocuted March 9, 1920, for the Murder of William Thie.

60. JACOB EDINGER  Serial No. 47927 Age 25, White Male of Hamilton County. Electrocuted March 9, 1920, for the Murder of Wm. Thie.

51. VINCENT DAMICO  Serial No. 47803 Age 25, White Male of Summit County. Electrocuted March 31, 1920, for the Murder of Patrolman George Werne.

62. JOSEPH DELI  Serial No. 48762 Age 25, White Male of Cuyahoga County. Electrocuted January 7, 1921 for the Murder of his wife.

63. ROBERT O'NEIL  Serial No. 48763 Age 26, Colored Male of Cuyahoga County. Electrocuted January 7, 1921, for the Murder of his wife.

64. CHARLES CROSS  Serial No. 48780 Age 27, Colored Male of Cuyahoga County. Electrocuted January 20, 1921, for the Murder of Jacob Bernstein.

65. CHARLES REHFELD  Serial No. 49103 Age 43, White Male of Huron County. Electrocuted May 25, 1921, for the Murder of Doctor Benson of Norwalk, Ohio.

66. DICK HOWELL  Serial No. 48686 Age 43, White Male of Stark County. Electrocuted June 2, 1921, for the Murder of Detective Skotnicky, at Canton, Ohio.

67. ROYCE RICHARDSON  Serial No. 49327 Age 32, Colored Male of Lucas County. Electrocuted July 1, 1921, for the Murder of Detectives Schroeder and Long, New York Central lines at Toledo, Ohio.

68. FRANK MOTTO  Serial No. 49585 Age 26, White Male of Cuyahoga County. Electrocuted August 29, 1921, for the Murder of Wm. C. Sly and George K. Fanner.

69. SYLVESTER BROWN  Serial No. 49657 Age 27, Colored Male of Mahoning County. Electrocuted September 9, 1921, for the Murder of Patrolman Alexander Warren.

70. ANDY DAVY  Serial No. 49584 Age 36, White Male of Franklin County. Electrocuted September 20, 1921, for the Murder of his Wife.

71. JOHN COOPER  Serial No. 49417 Age 42, Colored Male of Franklin County. Electrocuted September 30, 1921, for the Murder of Policeman Tiller.

72. ARTHUR HARDING  Serial No. 50172 AGE 36, Colored Male of Lucas County. Electrocuted February 24, 1922, for the Murder of Policeman William H. Kress

73. HARRY BLAND  Serial No. 49938 Age 28, White Male of Meigs County. Electrocuted March 1, 1921, for the Murder of George W. Beegle.

74. WALTER WRIGHT  Serial No. 50157 Age 28, White Male of Jefferson County. Electrocuted March 1, 1922, for the Murder of Harry D. Cummings.

75. JOHN McGUIRE  Serial No. 40042 Age 30, White Male of Lucas County. Electrocuted March 3, 1922, for the Murder of Detectives Schroeder and Long.

76. LEROY TYLER  Serial No. 50233 Age 34, Colored Male of Mahoning County. Electrocuted March 3, 1922, for the Murder of Myrtle Williams

77. ROY CHAMBLIN  Serial No. 50178 Age 27, White Male of Scioto County. Electrocuted March 24, 1922, for the Murder of John W. Newman and Louise Doyle.

78. GEORGE BUSH  Serial No. 50438 Age 28, Colored Male of Mahoning County. Electrocuted May 5, 1922, for the Murder of Lucius Lee.

79. JOHN VAIDEN  Serial No. 50453 Age 26, Colored Male of Franklin County. Electrocuted May 5, 1922, for the Murder of Charles D. Baker.

80. SAM PURPERA  Serial No. 49612 Age 18, White Male of Cuyahoga County. Electrocuted May 9, 1922, for the Murder of William C. Sly and George K. Fanner.

81. DOMINIC BENIGNO  Serial No. 50311 Age 26, White Male of Cuyahoga County. Electrocuted June 14, 1922, for the Murder of William C. Sly and George K. Fanner.

82. JOHN GECHENBACH  Serial No. 50728 Age 21, White Male of Marion County. Electrocuted June 20, 1922, for the Murder of John C. Boone at Marion, Ohio on February 8, 1922.

83. STEVE MYESKI  Serial No. 50436 Age 22, White Male of Mahoning County. Electrocuted June 23, 1922, for the Murder of Stella Korn.

84. LUDIE C. SHELTON  Serial No. 50862 Age 24, Colored Male of Hamilton County. Electrocuted January 26, 1923, for the Murder of Policeman William H. Dieters.

85. CHARLES HABIG  Serial No. 51483 Age 32, White Male of Cuyahoga County. Electrocuted February 16, 1923, for the Murder of Policeman August Dykes.

86. HENRY WHITE  Serial No. 51324 Age 41, Colored Male of Franklin County. Electrocuted March 2, 1923, for the Murder of his Wife.

87. CHARLES ARNOLD  Serial No. 51347 Age 64, White Male of Franklin County. Electrocuted March 2, 1923, for the Murder of Mrs. Ruth Lawrence.

88. STANLEY FORBES  Serial No. 51520 Age 27, White Male of Franklin County. Electrocuted April 13, 1923, for the Murder of Policeman Crannison P. Koehler.

89. NOBLE "RED" HOLT  Serial No. 51099 Age 27, White Male of Hamilton County. Electrocuted April 27, 1923, for the Murder of Detective Huftlien.

90. JAMES WELLIONS  Serial No. 51639 Age 40, Colored Male of Franklin County. Electrocuted July 13, 1923, for the Murder of Mary Hayes.

91. ADAM LOGAN ROBERTS  Serial No. 51971 Age 41, Colored male of Franklin County. Electrocuted September 6, 1923, for the Murder of Ben Pfifer.

92. IRVIN LAYER  Serial No. 51675 Age 38, White Male of Montgomery County. Electrocuted November 2, 1923, for the Murder of Arthur Moore.

93. JOHN KARAYIANS  Srial No. 50735 Age 34, White Male of Trumbull County. Electrocuted December 7, 1923, for the Murder of John Gamble.

94. EDWARD LONG  Serial No. 51669 Age 24, White Male of Belmont County. Electrocuted January 4, 1924, for the Murder of Charles Conrad

95. JOHN NELSON  Serial No. 52385 Age 28, Colored Male of Clark County. Electrocuted February 1, 1924, for the Murder of his Wife.

96. MIKE SPICICH  Serial No. 51984 Age 56, White Male of Harrison County. Electrocuted February 8, 1924, for the Murder of his Wife.

97. BILL HOLLIS  Serial No. 52604 Age 34, Colored Male of Mahoning County. Electrocuted March 28, 1924, for the Murder of Policeman Propo Antomeccio.

98. CLEM HEAD  Serial No. 52500 Age 51, Colored Male of Mahoning County. Electrocuted April 15, 1924, for the Murder of Captain Ruby.

99. CHARLES BROOKS  Serial No. 52294 Age 53, Colored Male of Perry County. Electrocuted April 28, 1924, for the Murder of Henry Burns.

00. LOUIS ROSSI  Serial No. 52455 Age 35, White Male of Mahoning County. Electrocuted April 29, 1924, for the Murder of Nick Ferresi.

01. VINCENZO CAPARRA  Serial No. 52956 Age 34, White Male of Jefferson County. Electrocuted June 24, 1924, for the Murder of Officer William Snyder.

JAMES AVANT  Serial No. 53184 Age, 41, Colored Male of Mahoning County. Electrocuted December 5, 1924, for the Murder of Mrs. Elizabeth Stiyle.

103. <u>ANDREW KUSZIK</u>  Serial No. 52783 Age 20, White Male of Summit County. Electrocuted December 19, 1924, for the Murder of Elizabeth Nagy.

104. <u>JOSEPH KANE</u>  Serial No. 53000 Age 22, White Male of Mahoning County. Electrocuted January 9, 1925, for the Murder of 8 year Boy Paul Prologo.

105. <u>BERT HIGHWARDEN</u>  Serial No. 53569 Age 50, Colored Male of Champaign County. Electrocuted February 9, 1925, for the Murder of his Wife.

106. <u>HENRY BROWN</u>  Serial No. 53540 Age 54, Colored Male of Hamilton County. Electrocuted February 20, 1925, for the Murder of Policeman Andy T. Kirby.

107. <u>CHARLES THOMAS</u>  Serial No. 53295 Age 24, Colored Male of Franklin County. Electrocuted March 27, 1925, for the Murder of Policeman Troy C. Stewart.

108. <u>JOSEPH FRYERS</u>  Serial No. 53669 Age 24, White Male of Cuyahoga County. Electrocuted April 24, 1925, for the Murder of Policeman Michael Hahnel.

109. <u>JASON ADKINS</u>  Serial No. 53601 Age 29, White Male of Scioto County. Electrocuted May 1, 1925, for the Murder of Edward Funk.

110. <u>FRED WARD</u>  Serial No. 53734 Age 30, White Male of Belmont County. Electrocuted May 15, 1925, for the Murder of Jeanette Bonella.

111. <u>KODRAT CHOZDENKOW</u>  Serial No. 53758 Age 37, White Male of Belmont County. Electrocuted June 12, 1925, for the Murder of Anna Kuskoff, aged 7 years.

112. <u>LENZY TRAYLOR</u>  Serial No. 54175 Age 21, White Male of Scioto County. Electrocuted August 7, 1925, for the Murder of Edward Funk, New Boston, Ohio.

113. <u>COSMO FERRANTO</u>  Serial No. 52463, Age 45, White Male of Cuyahoga County. Electrocuted September 4, 1925, for the Murder of Earnest Ferranto.

114. <u>CALVIN WALTERS</u>  Serial No. 54267 Age 26, Colored Male of Perry County. Electrocuted September 18, 1925, for the Murder of A.A. Stotz San Toy, Ohio.

115. <u>BUCUR TODOR</u>  Serial No. 52950 Age 40, White Male of Cuyahoga County. Electrocuted November 20, 1925, for the Murder of Kitty Danilese.

116. <u>ROBERT LITTLE</u>  Serial No. 54127 Age 22, Colored Male of Hamilton County. Electrocuted November 20, 1925, for the Murder of John Kelly.

117. <u>JAMES HENRY</u>  Serial No. 54731 Age 37, Colored Male of Hamilton County. Electrocuted January 9, 1926, for the Murder of Edna Boswell

118. <u>FRANK LISKA</u>  Serial No. 54343 Age 42, White Male of Cuyahoga County. Electrocuted June 25, 1926, for the Murder of Catherine Lisk

119. <u>WILLIAM CLARK</u>  Serial No. 55479 Age 20, White Male of Sandusky. County. Electrocuted July 8, 1926, for the Murder of Mr. and Mrs. Hoffman.

120. <u>JOHN BRYANT</u>  Serial No. 55646 Age 40, Colored Male of Meigs County. Electrocuted September 2, 1926, for the Murder of James McCumber.

121. <u>RICHARD RHODES</u>  Serial No. 55647 Age 29, White Male of Meigs County. Electrocuted September 2, 1926, for the Murder of James McCumber.

122. <u>JOHN HEDRICK</u>  Serial No. 55648 Age 30, White Male of Meigs County. Electrocuted September 2, 1926, for the Murder of James McCumber.

123. <u>EMANUEL ROSS</u>  Serial No. 55177 Age 18, Colored Male of Cuyahoga County. Electrocuted November 26, 1926, for the Murder of Isidore Steeck.

124. <u>ROBERT T. THOMPSON</u>  Serial No. 55998 Age 54, White Male of Coshocton County. Electrocuted January 8, 1927, for the Murder of Gertrude D'Ostroph.

125. <u>SCOTT WORKMAN</u>  Serial No. 56792 Age 39, White Male of Clermont County. Electrocuted March 31, 1927, for the Murder of his Wife.

126. <u>JAMES LYONS</u>  Serial No. 55567 Age 28, White Male of Huron County. Electrocuted April 8, 1927, for the Murder of Officer McGrath.

127. <u>GEORGE W. THOMA</u>  Serial No. 56405 Age 24, White Male of Richland County. Electrocuted April 8, 1927, for the Murder of Mr. and Mrs. Benjamin Greenwalts.

128. <u>JOHN HICKMAN</u>  Serial No. 56399 Age 30, White Male of Ross County. Electrocuted June 10, 1927, for the Murder of Officer Garrett, Chillicothe, Ohio.

129. <u>GEORGE VARGO</u>  Serial No. 57162 Age 60, White Male of Lake County. Electrocuted June 10, 1927, for the Murder of Anna Sabo, Richmond, O.

130. <u>LEO HALTERMAN</u>  Serial No. 56829 Age 27, White Male of Fayette County. Electrocuted June 17, 1927, for the Murder of Mr. and Mrs. Charles Halterman, South Solon, Ohio.

131. PHILIP ORLECK  Serial No. 56771 Age 21, White Male of Richland County. Electrocuted July 18, 1927, for the Murder of Guard Urban Wilford, Mansfield, Ohio.

132. FLOYD HEWITT  Serial No. 57114 Age 17, White Male of Ashtabula County. Electrocuted January 6, 1928, for the Murder of Mrs. Fred Brown and five year old son Frederick, Jefferson, Ohio.

133. JOHN COVERSON  Serial No. 57363, Age 18, Colored Male of Hamilton County. Electrocuted January 9, 1928, for the Murder of Olin Wilson at Cincinati, Ohio

134. EDDIE PEPPERS  Serial No. 57796 Age 21, Colored Male of Gallia County. Electrocuted March 15, 1928, for the Murder of Mrs Florence Buck at Gallipolis, Ohio.

135. WILLIAM HENRY WILSON  Serial No. 58488 Age 19, Colored Male of Scioto County. Electrocuted July 5, 1928, for the Murder of Policeman Paul Frederick at Portsmouth, Ohio.

136. JAMES COLEMAN  Serial No. 58489 Age 18, Colored Male of Scioto County. Electrocuted July 5, 1928, for the Murder of Policeman Paul Frederick at Portsmouth, Ohio.

37. JOHN RUCKER  Serial No. 57666 Age 47, Colored Male of Hamilton County. Electrocuted November 30, 1928, for the Murder of John Frankin at Cincinati, Ohio.

138. STANLEY HOPPE  Serial No. 59053 Age 27, White Male of Lucas County. Electrocuted November 30, 1928, for the Murder of Dorothy Siclagowski at Toledo, Ohio.

139. JOHN BRADSHAW  Serial No. 58876 Age 51, Colored Male of Franklin County. Electrocuted January 11, 1929, for the Murder of Katie Young, at Columbus, Ohio.

140. EVERETT KOON  Serial No. 59007 Age 28, White Male of Marion County. Electrocuted February 15, 1929, for the Murder of Henry Foos, at Marion, Ohio.

141. JAMES T. NEVIUS Serial No. 60143 Age 40, White Male of Cuyahoga County. Electrocuted July 1, 1929, for the Murder of Don C. Prentiss, at Cleveland, Ohio.

142. RODNEY FORD  Serial No. 59660 Age 28, White Male of Hamilton County. Electrocuted July 19, 1929, for the Murder of Peter Dunele, at North College Hill, Ohio.

143. ARTHUR J. MAUL Serial No. 60593 Age 24, White Male of Summit County. Electrocuted November 1, 1929, for the Murder of William Grubbs, at Akron, Ohio.

144. JAMES H. SNOOK    Serial No. 60656 Age 50, White Male of Franklin County. Electrocuted February 28, 1930, for the Murder of Theora K. Hix, at Columbus, Ohio.

145. JOHN RICHARDSON Serial No. 61081 Age 23, White Male of Summit County. Electrocuted May 26, 1930, for the Murder of Steve Pierson.

146. LEE AKERS Serial No. 60172 Age 17, Colored Male of Cuyahoga County. Electrocuted June 13, 1930, for the Murder of John Franklin McCormick of Cleveland, Ohio.

147. JAMES LITTERAL Serial No. 61254 Age 43, White Male of Athens County. Electrocuted June 20, 1930, for the Murder of Harry Green, of Kimberley, Ohio.

148. GEORGE WILLIAMS Serial No. 61765 Age 68, White Male of Cuyahoga County. Electrocuted June 28, 1930, for the Murder of Carl A. Sherman of Cleveland, Ohio.

149. LAWRENCE DIEL Serial No. 61498 Age 25, White Male of Seneca County. Electrocuted July 11, 1930, for the Murder of Roy Tish, of Fostoria, Ohio.

150. CHARLES CRAMER Serial No. 62192 Age 32, White Male of Brown County. Electrocuted November 10, 1930, for the Murder of Robert Clemmons.

151. BERT WALKER Serial No. 61942 Age 43, White Male of Summit County. Electrocuted November 10, 1930, for the Murder of Harland F. Man , at Akron, Ohio.

152. EARL SITES Serial No. 62505 Age 28, White Male of Crawford County. Electrocuted January 30, 1931, for the Murder of Ralph Wilcox, of Galion, Ohio.

153. RAY McCARTHY Serial No. 62504 Age 25, White Male of Crawford County. Electrocuted January 30, 1931, for the Murder of Ralph Wilcox, of Galion, Ohio.

154. FRED MASSA Serial No. 62432 Age 27, White Male of Crawford County. Electrocuted January 30, 1931, for the Murder of Ralph Wilcox, of Galion, Ohio.

155. ARTHUR HAMILTON Serial No. 63070 Age 41, White Male of Logan County. Electrocuted April 7, 1931, for the Murder of Mrs. Catherine Bell.

156. <u>CHARLES KING</u> Serial No. 63058 Age 39, White Male of Butler County. Electrocuted April 30, 1931, for the Murder of Robert King, of Butler County, Ohio.

157. <u>JOHN WILLIAMS</u> Serial No. 63079 Age 39, Colored Male of Butler County. Electrocuted May 21, 1931, for the Murder of Isaac Bonds, of Butler County, Ohio.

158. <u>JAMES ROMEO</u> Serial No. 62636 Age 30, White Male of Stark County. Electrocuted May 25, 1931, for the Murder of Charles N. Riblet, of Stark County, Ohio.

159. <u>BLANTON RALLS</u> Serial No. 63699 Age 19, Colored Male of Crawford County. Electrocuted November 13, 1931, for the Murder of Sheriff George Davenport, of Crawford County, Ohio.

160. <u>WALTER RALLS</u> Serial No. 63698 Age 30, Colored Male of Crawford County. Electrocuted November 13, 1931, for the Murder of Sheriff George Davenport, of Crawford County, Ohio.

161. <u>TILEY SMITH</u> Serial No. 63793 Age 26, White Male of Ashtabula County. Electrocuted November 20, 1931, for the Murder of his Wife, Clara Smith, of Ashtabula County, Ohio.

32. <u>GUST TANGULES</u> Serial No. 64121 Age 37, White Male of Summit County. Electrocuted January 8, 1932, for the Murder of Patrolman Forrest L. Good, of Summit County, Ohio.

163. <u>DANIEL HUNT</u> Serial No. 64622 Age 58, White Male of Putman County. Electrocuted March 11, 1932, for the Murder of Constable Conoway, and Leon Roebuck of Putman County, Ohio.

164. <u>JOHN W. GLASSCOCK</u> Serial No. 63506 Age 35, White Male of Cuyahoga County. Electrocuted April 22, 1932, for the Murder of Patrolman James Ryan, of Cuyahoga County, Ohio.

165. <u>WALKER BROWN</u> Serial No. 65014 Age 24, Colored Male of Pickaway County. Electrocuted June 3, 1932, for the Murder of John Kidney, of Pickaway County, Ohio.

166. <u>HENRY LOUDERMILK</u> Serial No. 65033 Age 47, White Male of Pickaway County. Electrocuted June 3, 1932, for the Murder of John Kidney, of Pickaway County, Ohio.

167. <u>LACEY ADAMS</u> Serial No. 65057 Age 39 Colored Male of Pickaway County. Electrocuted June 10, 1932, for the Murder of John Kidney, of Pickaway County, Ohio.

168. ARTHUR LITTLE  Serial No. 65234 Age 40, Colored Male of Pickaway County. Electrocuted July 22, 1932, for the Murder of John Kidney, of Pickaway County, Ohio.

169. WILLIAM ENZULUS  Serial No. 65922, Age 22, White Male of Cuyahoga County. Electrocuted January 7, 1933, for the Murder of Detective Buettner, of Cuyahoga County, Ohio.

170. JOHN DOWNING  Serial No. 66191 Age 44, White Male of Franklin County. Electrocuted March 10, 1933, for the Murder of Mrs. Mauree Bonzo, of Franklin County, Ohio.

171. ATHAY BROWN  Serial No. 66228 Age 26, Colored Male of Cuyahoga County. Electrocuted March 10, 1933, for the Murder of Mrs. Rances Holt, of Cuyahoga County, Ohio.

172. HERBERT W. MEEKER  Serial No. 65656 Age 23, White Male of Holmes County. Electrocuted March 22, 1933, for the Murder of his Wife, Gertrude.

173. TONY ROTUNNO  Serial No. 65886 Age 31, White Male of Trumbull County. Electrocuted April 26, 1933, for the Murder of Officer Scott Vasbinde

74. RALPH ATTEREOLT  Serial No. 65869 Age 31, White Male of Trumbull County. Electrocuted April 26, 1933, for the Murder of Officer, Scott Vasbinder.

175. JAMES MURPHY  Serial No. 66296 Age 23, Colored Male of Hamilton County. Electrocuted August 14, 1933, for the Murder of Perry Friedho

176. JOSEPH MURPHY  Serial No. 66610 Age 18, Colored Male of Hamilton County. Electrocuted August 14, 1933, for the Murder of Perry Friedho

177. CHESTER PROBASKI  Serial No. 66412 Age 26, White Male of Richland County. Electrocuted November 24, 1933, for the Murder of Guard, Frank D. Hanger.

178. MERRILL E. CHANDLER  Serial No. 66420 Age 23, Colored Male of Richland County. Electrocuted November 24, 1933, for the Murder of, Guard Frank D. Hanger.

179. FRANK VACCHIANO  Serial No. 67206 Age 23, White Male of Lucas County. Electrocuted December 29, 1933, for the Murder of John J. McLaughlin.

180. ALBERT BRUNO  Serial No. 67473 Age 27, White Male of Lucas County. Electrocuted February 7, 1934, for the Murder of John J. McLaughlin.

181. IRMEL KITTRELLS  Serial No. 68091 Age 27, Colored Male of Highland County. Electrocuted June 25, 1934, for the Murder of Thomas Mitchell

182. EDWARD MILLER  Serial No. 68496 Age 29, White Male of Stark County. Electrocuted October 15, 1934, for the Murder of Detective Albert Bush.

183. HARRY PIERPONT  Serial No. 68130 Age 32, White Male of Allen County. Electrocuted October 17, 1934, for the Murder of Sheriff Jesse Sarbe

184. HERBERT THACKER  Serial No. 68555 Age 21, White Male of Jackson County. Electrocuted November 22, 1934, for the Murder of Stephen Huntley.

185. RAY FREEMAN  Serial No. 68600 Age 26, White Male of Jackson County. Electrocuted November 22, 1934, for the Murder of Stephen Huntley.

186. ISAAC MOSLEY  Serial No. 68121 Age 24, Colored Male of Hamilton County. Electrocuted November 23, 1934, for the Murder of Abraham Wartik.

187. HAMPTON PANNELL  Serial No. 64972 Age 33, Colored Male of Franklin County. Electrocuted January 4, 1935, for the Murder of Fred Halten.

188. WILLIAM WRIGHT  Serial No. 68853 Age 40, Colored Male of Franklin County. Electrocuted April 9, 1935, for the Murder of Mrs. Addie Warrick, at Columbus, Ohio.

189. PETER TREADWAY  Serial No. 68251 Age 39, White Male of Cuyahoga County. Electrocuted June 1, 1935, for the Murder of Mrs. Ruth Steese, of Cleveland, Ohio.

190. RUSSELL SWIGER  Serial No. 69054 Age 22, White Male of Muskingum County. Electrocuted July 22, 1935, for the Murder of Harold Fleming, of Zanesville, Ohio.

191. ROY SMITH  Serial No. 69535 Age 29, White Male of Van Wert County. Electrocuted August 9, 1935, for the Murder of Deputy Sheriff, Forrest Good at Van Wert, Ohio.

192. WILLARD WALTERS  Serial No. 69730 Age 25, Colored Male of Franklin County. Electrocuted September 27, 1935, for the Murder of Officer Edward Murphy, at Columbus, Ohio.

193. GEORGE DAVIS  Serial No. 69907 Age 24, Colored Male of Mahoning County. Electrocuted October 17, 1935, for the Murder of Thomas McClain, at Youngstown, Ohio.

194. THEODORE BLACKMAN  Serial No. 69412 Age 20, Colored Male of Hamilton County. Electrocuted October 23, 1935, for the Murder of Charles Boyd, at Cincinnati, Ohio.

195. ETHOL B. LAMPHIER  Serial No. 69857 Age 45, White Male of Huron County. Electrocuted November 1, 1935, for the Murder of Mrs. Katherine E. Wilde, at Norwalk, Ohio.

196. J. H. THOMPSON  Serial No. 69964 Age 67, Colored Male of Highland County. Electrocuted December 17, 1935, for the Murder of Herbert Green, at Hillsboro, Ohio.

197. NORMAN PEACOCK  Serial No. 70092 Age 22, White Male of Hamilton County. Electrocuted March 11, 1936, for the Murder of Mr. and Mrs. Morris Hochfield, at Cincinati, Ohio.

198. JAMES THOMPSON  Serial No. 70084 Age 27, White Male of Lawrence County. Electrocuted April 25, 1936, for the Murder of Engineer John Meyers and Fireman John Kemp during a Train Wreck.

199. DONALD EBERLE  Serial No. 70059 Age 31, White Male of Cuyahoga County. Electrocuted June 23, 1936, for the Murder of Albert Wesosky, at Cleveland, Ohio.

200. RICHARD KELLER  Serial No. 70508 Age 30, White Male of Hamilton County. Electrocuted July 1, 1936, for the Murder of Adolph F. Woest, at Cincinnati, Ohio.

201. JOHN FLEYER  Serial No. 70269 Age 31, White Male of Cuyahoga County. Electrocuted August 5, 1936, for the Murder of Albert Wesosky, at Cleveland, Ohio.

202. JAMES BROWN  Serial No. 70612 Age 28, Colored Male of Cuyahoga County. Electrocuted December 4, 1936, for the Murder of Railroad Detective Eugene Curganus, at Cleveland, Ohio.

203. STEVE KOTOWICZ  Serial No. 71946 Age 22, White Male of Lucas County. Electrocuted May 19, 1937, for the Murder of Clement L. Nikolajczyk at Toledo, Ohio.

204. WILLIAM H. GARDNER  Serial No. 71720 Age 37, White Male of Franklin County. Electrocuted January 17, 1938, for the Murder of Arch B. Coyner, at Columbus, Ohio.

205. CHARLES HINES  Serial No. 72612 Age 26, White Male of Hamilton County. Electrocuted January 17, 1938, for the Murder of Mrs. Edith C. Hirl, at Cincinnati, Ohio.

206. EVERETT JONES  Serial No. 73260 Age 34, White Male of Fayette County. Electrocuted March 25, 1938, for the Murder of Robert Lindsey, at Washington Court House, Ohio.

207. THOMAS B. WILLIAMS   Serial No. 73734 Age 19, Colored Male of Jefferson County. Electrocuted June 27, 1938, for the Murder of Robert I. Mirvis, at Steubenville, Ohio.

208. WILLIAM HOBBS   Serial No. 72731 Age 33, White Male of Butler County. Electrocuted July 6, 1938, for the Murder of Patrolman Arthur Sponsel, at Hamilton, Ohio.

209. ROBERT SNOW   Serial No. 73699 Age 27, White Male of Summit County. Electrocuted July 13, 1938, for the Murder of Mrs. Harriet Deger, at Akron, Ohio.

210. WILLIAM GENTRY PETERS   Serial No. 74224 Age 44, Colored Male of Cuyahoga County. Electrocuted September 26, 1938, for the Murder of Mr. Mitchell Paser, at Cleveland, Ohio.

211. SAM THOMAS   Serial No. 73658 Age 25, Colored Male of Hamilton County. Electrocuted October 26, 1938.

212. CARL FERRITO   Serial No. 73713 Age 21, White Male of Cuyahoga County. Electrocuted November 3, 1938, for the Murder of Patrolman Gerald N. Bode and Virgil T. Bayne, at Cleveland, Ohio.

213. FRED MOSLEY   Serial No. 74259 Age 47, White Male of Knox County. Electrocuted November 30, 1938, for the Murder of his Wife Mrs. Philla Mosley, at Centerburg, Ohio.

214. Mrs. ANNA MARIE HAHN   Serial No. 73228 Age 32, White Female of Hamilton County. Legally Electrocuted December 7, 1938, for the Murder of Mr. Jacob Wagner, at Cincinnati, Ohio.

215. STEPHEN FIGULI   Serial No. 73757 Age 21, White Male of Franklin County. Legally Electrocuted December 21, 1938, for the Murder of Detective Robert Cline, of Columbus, Ohio.

216. JOHN WILLIAM CLINE   Serial No. 73827 Age 25, White Male of Butler County. Legally Electrocuted February 1, 1939, for the Murder of Patrolman Aaron Laubach, at Hamilton, Ohio.

217. FRANK TRACY   Serial No. 74772 Age 32, White Male of Franklin County. Legally Electrocuted March 3, 1939, for the Murder of David Haskins, at Columbus, Ohio.

218. HARRY CHAPMAN   Serial No. 73694 Age 37, White Male of Clark County. Legally Electrocuted April 19, 1939, for the Murder of Officer Martin Randolph and Edwin Furrey, at Springfield, Ohio.

219. HENRY DINGLEDINE   Serial No. 73695 Age 29, White Male of Clark County. Legally Electrocuted April 19, 1939, for the Murder of Officer Martin Randolph and Edwin Furrey, at Springfield, Ohio.

220. HARRY DINGLEDINE   Serial No 73696 Age 56, White Male of Clark County. Legally Electrocuted April 19, 1939, for the Murder of Officer Martin Randolph and Edwin Furrey, at Springfield, Ohio. (this is the Father of the above Inmate Henry Dingledine)

221. HARVEY L. ROUSH   Serial No. 74411 Age 48, White Male of Marion County. Legally Electrocuted April 26, 1939, for the Murder of Mr. and Mrs. Homer T. Myers, at Marion, Ohio.

222. NICK BABICH   Serial No. 75034 Age 53, White Male of Trumbull County Legally Electrocuted May 9, 1939, for the Murder of his Wife Barbara Babich and Daniel Gross, at Warren, Ohio.

223. WILLIE CALDWELL   Serial No. 74198 Age 23, Colored Male of Cuyahoga County. Legally Electrocuted June 14, 1939, for the Murder of Mr. Fred Raymot, at Cleveland, Ohio.

224. FANG YOUNG   Serial No. 75244 Age 18, Yellow Male of Hamilton County Legally Electrocuted July 12, 1939, for the Murder of Mr. James Hill at Cincinnati, Ohio.

225. LAFE WILLIAMS   Serial No. 74672 Age 50, White Male of Butler County Legally Electrocuted October 25, 1939, for the Murder of Mr. Henry Graham, at Hamilton, Ohio.

226. MONROE DOHANNON   Serial No. 765?? Age 34, Colored Male of Hamilton County. Legally Electrocuted July 10, 1940, for the Murder of Joseph Peters, at Cincinnati, Ohio.

227. EUGENE HARRIS   Serial No. 76148 Age 25, Colored Male of Montgomery County. Legally Electrocuted October 23, 1940, for the Murder of Policeman Lucius Rice, at Dayton, Ohio.

228. JOSEPH DI MARCO   Serial No. 76668 Age 24, White Male of Cuyahoga County. Legally Electrocuted January 14, 1941, for the Murder of Edward Erdody, at Cleveland, Ohio.

229. ANTHONY CIRASOLE   Serial No. 76669 Age 30, White Male of Cuyahoga County. Legally Electrocuted January 14, 1941, for the Murder of Edward Erdody, at Cleveland, Ohio.

230. BILL SEVASTIS   Serial No. 77065 Age 55, White Male of Belmont County. Legally Electrocuted February 25, 1941, for the Murder of Mike Pastsas, at Martins Ferry, Ohio.

231. THOMAS WILLIAMS   Serial No. 78495 Age 36, Colored Male of Lucas County. Legally Electrocuted December 19, 1941, for the Murder of Samuel Arnovitz.

232. WAYNE THOMPSON   Serial No. 78311 Age 24, White Male of Franklin County. Legally Electrocuted January 21, 1942, for the Murder of Carl Hoover.

233. BUFFERT RAY RONEY   Serial No. 79114 Age 48, White Male of Stark County. Legally Electrocuted July 22, 1942, for the Murder of Almeda Whitmer.

234. WILLIAM PATRICK JENNINGS   Serial No. 79793 Age 23, Colored Male of Mahoning County. Legally Electrocuted March 31, 1943, for the Murder of James Oswald.

235. HENRY LOCK   Serial No. 80020 Age 43, Colored Male of Franklin County. Legally Electrocuted April 26, 1943, for the Murder of Addie Wynn and Ophelia Sadler.

236. ANTHONY TREAT   Serial No. 80165 Age 57, White Male of Hamilton County. Legally Electrocuted June 30, 1943, for the Murder of Helen Sellers.

237. ERVIN GRIFFIN   Serial No. 80423 Age 19, Colored Male of Franklin County. Legally Electrocuted September 15, 1943, for the Murder of William Conkie.

238. EDWARD J. RALPH   Serial No. 80494 Age 32, White Male of Cuyahoga County. Legally Electrocuted October 4, 19.3, for the Murder of Mary Jane Brady.

239. LOUIS VERNON HAND   Serial No. 80682 Age 17, White Male of Mercer County. Legally Electrocuted January 14, 1944, for the Murder of Richard Stover.

240. WILLIE JOHNSON   Serial No. 80711 Age 37, Colored Male of Cuyahoga County. Legally Electrocuted March 10, 1944, for the Murder of Margaret Wilson.

241. JAMES WILLIE BROWN   Serial No. 81660 Age 28, Colored Male of Hamilton County. Legally Electrocuted April 6, 1945, for the Murder of Jacob Reinstatler.

2. COOK JENKINS   Serial No. 81661 Age 25, Colored Male of Hamilton County. Legally Electrocuted April 6, 1945, for the Murder of Jacob Reinstatler.

243. JAMES COLLETT    Serial No. 81269  Age 61, White Male of Fayette County. Legally Electrocuted April 20, 1945, for the Murder of The Elmer McCoy family. (3 counts murder 1st. degree)

244. ELDER JOHNSON    Serial No. 82483 Age 54, Colored Male of Franklin County. Legally Electrocuted September 8, 1945, for the Murder of Moses Terry.

245. HENRY W. HAGERT    Serial No. 82314 Age 20, White Male of Cuyahoga County. Legally Electrocuted October 3, 1945, for the Murder of Charles and James Collins.

246. CHARLES STEWART    Serial No. 82807 Age 30, Colored Male of Summit County. Legally Electrocuted October 10, 1945, for the Murder of Mrs. Mabel Baxendale.

247. FRANK DUDLEY CARTER    Serial No. 82389 Age 25, White Male of Hamilton County. Legally Electrocuted November 8, 1945, for the Murder of Police Sgt. Anthony H. Overburg, of Norwood, Ohio.

248. RALPH BROWN    Serial No. 82398 Age 32, White Male of Lorain County. Legally Electrocuted February 9, 1946, for the Murder of Helen Katonak.

249. FRANK J. HAIBERG    Serial No. 82615 Age 45, White Male of Lorain County. Legally Electrocuted February 9, 1946, for the Murder of Mrs. Mary Wallace.

250. RUSSELL EUGENE KOONS    Serial No. 84226 Age 23, White Male of Clark County. Legally Electrocuted April 2, 1947, for the Murder of Mrs. Margaret Alice Koons.

251. FRED WORMACK JR.    Serial No. 84388 Age 2:, Colored Male of Hamilton County. Legally Electrocuted April 16, 1947, for the Murder of Buddy James White.

252. NATHANIEL FREEMAN    Serial No. 84477 Age 25, Colored Male of Cuyahoga County. Legally Electrocuted June 5, 1947, for the Murder of Thomas Noble.

253. ROBERT BRITTON    Serial No. 84517 Age 23, Colored Male of Cuyahoga County. Legally Electrocuted November 28, 1947, for the Murder of Mr. Henry Lee Webb.

4. JAMES GRIFFEN    Serial No. 84518 Age 27, Colored Male of Cuyahoga County. Legally Electrocuted November 28, 1947, for the Murder of Mr. Henry Lee Webb.

255. GEORGE M. SEXTON    Serial No. 85251 Age 21, Colored Male of Erie County. Legally Electrocuted January 30, 1948, for the Murder of Mr. Otto Hoffman.

256. FLOYD DACE    Serial No. 85055 Age 22, Colored Male of Cuyahoga County. Legally Electrocuted March 12, 1948, for the Murder of Mr. Henry Lee Webb.

257. KENNETH SALTER    Serial No. 84264 Age 34, White Male of Lucas County. Legally Electrocuted April 23, 1948, for the Murder of Barbara Dunn.

258. CLIFFORD GAYLES    Serial No. 86112 Age 34, Colored Male of Butler County. Legally Electrocuted July 2, 1948, for the Murder of Edna Adkins.

259. ELMER CURNUTT    Serial No. 86437 Age 21, White Male of Hamilton Count Legally Electrocuted July 16, 1948, for the Murder of Thomas Wilson.

260. DONALD FROHNER    Serial No. 85010 Age 18, White Male of Mahoning Coun. Legally Electrocuted August 20, 1948, for the Murder of William C. Spieth.

1. NATHANIEL HENRY STRAIN    Serial No. 86903 Age 26, Colored Male of Franklin County. Legally Electrocuted October 25, 1948, for the Murde of Miss. Alice Lauterbach.

262. ROBERT MURL DANIELS    Serial No. 87057 Age 24, White Male of Richland County. Legally Electrocuted January 3, 1949, for the Murder of John E. Neible, his Wife and Daughter.

263. HAROLD ALFRED BEACH    Serial No. 86476 Age 23, White Male of Cuyahog County. Legally Electrocuted February 2, 1949. for the Murder of Shiela Ann Tuley.

264. JOHN THOMAS    Serial No. 87222 Age 34, Colored Male of Franklin Count Legally Electrocuted February 4, 1949, for the Murder of O. P. GUARDS Walter Zimmer and Samuel Chesshir.

265. HOWARD ELWOOD PAYTON    Serial No. 87285 Age 30, Colored Male of Stark County. Legally Electrocuted February 28, 1949, for the Murder of Clyde L. Engle.

266. LESTER NICHOLS    Serial No. 86207 Age 44, White Male of Allen County. Legally Electrocuted March 4, 1949, for the Murder of Lewis Whitaker.

267. ASBEL GLENN ADAMS    Serial No. 86842 Age 20, White Male of Hamilton County. Legally Electrocuted April 8, 1949, for the Murder of James C. Case.

268. ROGER ALTON WILLIAMS    Serial No. 85999 Age 45, White Male of Logan County. Legally Electrocuted April 11, 1949, for the Murder of Minta Webb Rothwell.

269. ANDREW MARTIN BERRY    Serial No. 86713 Age 44, White Male of Lucas County. Legally Electrocuted April 29, 1949, for the Murder of Emanuel Watkins.

270. RALPH REED    Serial No. 86777 Age 27, White Male of Cuyahoga County. Legally Electrocuted May 4, 1949, for the Murder of George Margulis.

271. FRANK HENRY MILHOUSE    Serial No. 86636 Age 24, Colored Male of Cuyahoga County. Legally Electrocuted May 25, 1949, for the Murder of Yorden Ranchoff.

272. JOHN ROSS BURSON    Serial No. 87264 Age 32, White Male of Stark County. Legally Electrocuted May 27, 1949, for the Murder of Ellsworth Ruch Jr.

273. BARNEY KENNETH DAVIS    Serial No. 86858 Age 22, Colored Male of Cuyahoga County. Legally Electrocuted June 23, 1949, for the Murder of Norman C. Reker.

274. JAMES OSINSKI    Serial No. 87347 Age 40, White Male of Lucas County. Legally Electrocuted July 22, 1949, for the Murder of Loretta Osinski; Louise Ditmyer, and Raymond Ditmyer.

275. MAHLON WISECUP    Serial No. 88051 Age 49, White Male of Highland County. Legally Electrocuted July 25, 1949, for the Murder of Honey Grant Nichols.

276. JAMES BUCHANAN    Serial No.        Age 25, Colored Male of Cuyahoga County. Legally Electrocuted October 26, 1949, for the Murder of Elda Coogal.

277. HARRY Z. TODDS    Serial No. 88549 Age 21, White Male of Athens County. Legally Electrocuted February 24, 1950, for the Murder of Eleanor Gifford.

278. THEODORE ROOSEVELT McCLURE    Serial No. 88034 Age 25, Colored Male of Cuyahoga County. Legally Electrocuted May 10, 1950, for the Murder of Nicola Salnpo.

279. DELBERT L. SPENCER    Serial No. 89499 Age 53, White Male of Athens County. Legally Electrocuted July 21, 1950, for the Murder of Pauline Bailey.

280. CECIL H. YARKEY    Serial No. 89047 Age 50, White Male of Highland County. Legally Electrocuted September 12, 1950, for the Murder of Ltroy Woodland.

281. DWIGHT DAIVID TUDOR    Serial No. 86711 26, White Male of Clark County. Legally Electrocuted January 26, 1951, for the Murder of Mary Ann Page.

282. GEORGE EARNEST DOTY    Serial No. 90269 Age 29, White Male of Belmont County. Legally Electrocuted February 9, 1951, for the Murder of Alma Montage.

283. MORZELL EAKINS    Serial No. 90581 Age 32, Colored Male of Hamilton County. Legally Electrocuted April 27, 1951, for the Murder of Margaret Jordan.

284. MAX AMERMAN    Serial No. 90983 Age 27, White Male of Medina County. Legally Electrocuted November 15, 1951, for the Murder of Harold Mas

285. LON STEVENSON    Serial No. 91250 Age 19, Colored Male of Cuyahoga County. Legally Electrocuted January 18, 1952, for the Murder of Pansy Whitely.

86. GEORGE TILLER    Serial No. 91553 Age 43, Colored Male of Hamilton County. Legally Electrocuted February 29, 1952, for the Murder of Alberta Tiller.

287. JAMES CEMRELL EDWARDS    Serial No. 90642 Age 29, Colored Male of Stark County. Legally Electrocuted May 9 1952, for the Murder of Helena Tuebner.

288. CHESTER B. GREGG    Serial No. 91612 Age 37, White Male of Hardin County. Legally Electrocuted July 11, 1952, for the Murder of Loraine Gregg.

289. GEORGE F. ROSS    Serial No. 92611 Age 27, White Male of Cuyahoga County. Legally Electrocuted January 16, 1952, for the Murder of Forney Hads.

290. LOUIS ALLEN ANGEL    Serial No. 92985 Age 18, White Male of Licking County. Legally Electrocuted January 23, 1953, for the Murder of Allen Drake.

291. MARVIN LUCEAR    Serial No. 92398 Age 37, Colored Male of Cuyahoga County. Legally Electrocuted February 20, 1953, for the Murder of Ocie Lucear.

292. ROBERT GEMMELL    Serial No. 93839 Age 28, White Male of Franklin County. Legally Electrocuted July 10, 1953, for the Murder of Laura Grimshaw.

293. DOVIE BLANCHE DEAN    Serial No. 94211 Age 55, White Female of Clermont County. Legally Electrocuted January 15, 1954, for the Murder of Hawkins Dean.

294. BETTY ELELYN BUTLER    Serial No. 94455 Age 26, Colored Female of Hamilton County. Legally Electrocuted June 11, 1954, for the Murder of Evelyn Clark.

295. RUSSELL GEORGE LUSKUS    Serial No. 94416 Age 33, White Male of Stark County. Legally Electrocuted July 9, 1954, for the Murder of George LeMasters.

296. SAM B. NETTLES    Serial No. 95470 Age 31 Colored Male of Lucas County. Legally Electrocuted August 6, 1954, for the Murder of William Pegler and Wife.

297. BERNARD SCHREIBER    Serial No. 97917 Age 19, White Male of Lucas County. Legally Electrocuted March 15, 1956, for the Murder of Mary Julene Freiss.

298. WALTER WILSON    Serial No. 98500 Age 30, Colored Male of Cuyahoga County. Legally Electrocuted July 13, 1956, for the Murder of Joseph Fona.

299. JOSEPH ALLEN    Serial No. 99265 Age 60, Colored Male of Cuyahoga County. Legally Electrocuted September 20, 1956, for the Murder of Berry Joiner and Willie Arnold.

300. SAMUEL W. TANNYHILL    Serial No. 99230 Age 26, White Male of Sandusky County. Legally Electrocuted November 26, 1955, for the Murder of Shirley Bradford.

301. HAROLD E. SHACKLEFORD    Serial No. 101420 Age 32, Colored Male of Licking County. Legally Electrocuted June 24, 1957, for the Murder Mary T. Dunn.

302. NORMAN E. WALKER    Serial No. 101139 Age 33, White Male of Cuyahoga County. Legally Electrocuted January 3, 1958, for the Murder of Police Officer Garner M. Robertson.

03. ROBERT VICTOR MOHRHAUS    Serial No. 101877 Age 22, White Male of Hamilton County. Legally Electrocuted January 10, 1958, for the Murder of Leona McCrocklin.

304. JAMES VAUGHNS    Serial No. 102295 Age 30, Colored Male of Cuyahoga County. Legally Electrocuted February 28, 1958, for the Murder of Dianne Buckhanon.

305. LEMUEL SAM TROTTER    Serial No. 102477 Age 30, Colored Male of Hamilton County. Electrocuted July 7, 1958, for the Murder of Police Officer Walter Hart.

306. ROBERT LEE JACKSON    Serial No. 100570 Age 40, Colored Male of Hamilton County. Electrocuted July 7, 1958, for the Murder of Police Officer Walter Hart.

307. BENNIE COLLINS    Serial No. 104533 Age 54, Colored Male of Lucas County. Legally Electrocuted December 19, 1958, for the Murder of Donald Eugene Mattery.

308. WALTER J. BYOMIN    Serial No. 103179 Age 45, White Male of Lorain County. Electrocuted July 3, 1959, for the Murder of Police Officer, Edmund G. Smith.

309. ROBERT LEE LYONS    Serial No. 104418 Age 26, Colored Male of Cuyahog County. Legally Electrocuted February 19, 1960, for the Murder of Police Lieutenant Edward Lentz.

310. JOSEPH LOUIS COSEY    Serial No. 106575 Age 23, Colored Male of Cuyahoga County. Legally Electrocuted September 30, 1960, for the Murder of Raymond Mack.

311. H. E. FENELTON    Serial No. 109406 Age 29, Colored Male of Richland County. Legally Electrocuted March 17, 1961, for the Murder of Chester A. Chalfant.

312. RONALD GEORGE FENTON    Serial No. 111807 Age 26, White Male of Summit County. Legally Electrocuted July 1, 1962, for the Murder of Joanne Starcher.

313. JAMES RODNEY BUCK    Serial No. 110901 Age 24, White Male of Summit County. Legally Electrocuted June 22, 1962, for the Murder of Floyd A. Weatherholt.

314. ROBERT HARRIS GRIFFIN    Serial No. 112633 Age 43, Colored Male of Cuyahoga County. Legally Electrocuted February 15, 1963, for the Murder of Mattie Benjamin and Mary Lee Williams.

315. DONALD L. REINHOLT    Serial No. 114314 Age 29, White Male of Frankli County. Legally Electrocuted March 15, 1963, for the Murder of Edgar L. Weaver.

1

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    IN THE UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF OHIO

3    WESTERN DIVISION

4

5    Alton Coleman,                    )
                                       )
6         Petitioner,                  )
                                       )
7         vs.                          )   Civil Action
                                       )   Nos. C-3-94-CV-533
8    United States of America,         )        (Lead case)
     et al.,                           )        C-1-94-CV-863
9                                      )        C-1-94-CV-864
10        Respondents.                 )   Judge Sandra S. Beckwith

11                              - - -

12

13        Deposition of Arthur Tate, Junior, a witness

14   herein, called by the Petitioner for examination under

15   the applicable rules of Federal Civil Court Procedure,

16   taken before me, Carolyn D. Ross, Registered

17   Professional Reporter and Notary Public in and for the

18   State of Ohio, pursuant to subpoena, at the offices of

19   David H. Bodiker, Esq., State Public Defender, 8 East

20   Long Street, Columbus, Ohio, on Thursday, December 21,

21   1995, beginning at 9:00 o'clock a.m., and concluding on

22   the same day.

23                              - - -

24

25

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

EXHIBIT
30

1

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    IN THE UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF OHIO

3    WESTERN DIVISION

4

5

6    Alton Coleman,              )

          Petitioner,             )

7                                 )
      vs.                         )  Civil Action
8                                 )  Nos. C-3-94-CV-533
      United States of America,   )     (Lead case)
9     et al.,                     )     C-1-94-CV-863
                                  )     C-1-94-CV-864
10         Respondents.           )  Judge Sandra S. Beckwith

11

12                        - - -

13          Deposition of Arthur Tate, Junior, a witness

14    herein, called by the Petitioner for examination under

15    the applicable rules of Federal Civil Court Procedure,

16    taken before me, Carolyn D. Ross, Registered

17    Professional Reporter and Notary Public in and for the

18    State of Ohio, pursuant to subpoena, at the offices of

19    David H. Bodiker, Esq., State Public Defender, 8 East

20    Long Street, Columbus, Ohio, on Thursday, December 21,

21    1995, beginning at 9:00 o'clock a.m., and concluding on

22    the same day.

                          - - -

23

24

25

2

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO   (614) 431-1344

1    APPEARANCES:

2        ON BEHALF OF THE PETITIONER:

3            David H. Bodiker, Esq.
             Ohio State Public Defender
4            BY:  Dale A. Baich, Esq.
                  Assistant State Public Defender
5                 Office of the Ohio Public Defender
                  8 East Long Street
6                 Columbus, Ohio  43215-2998
                  (614) 466-5394
7
             David C. Stebbins, Esq.
8            330 South High Street
             Columbus, Ohio  43215
9            (614) 224-7291

10       ON BEHALF OF THE RESPONDENTS:

11           Betty D. Montgomery, Esq.
             Attorney General, State of Ohio
12           BY:   Charles L. Wille, Esq.
                   Criminal Justice Section
13                 Donald G. Keyser, Esq.
                   Capital Crimes
14                 Assistant Attorneys General
                   State Office Tower
15                 30 East Broad Street
                   26th Floor
16                 Columbus, Ohio  43215-3428
                   (614) 644-7233
17
         Also present:
18
             Christine Mason,
19           Priya Lakhi.

20                    - - -

21

22

23

24

25

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

3

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1                       Thursday, December 21, 1995

2                         Morning Session

3                             - - -

4                       STIPULATIONS

5           It is stipulated by and among counsel for the

6    respective parties herein that the deposition of Arthur

7    Tate, Junior, a witness herein, called by the

8    Petitioner as upon examination under the applicable

9    rules of Federal Civil Court Procedure, may be taken at

10   this time and reduced to writing in stenotype by the

11   Notary pursuant to subpoena; that said deposition may

12   be reduced to writing in stenotype by the Notary, whose

13   notes may thereafter be transcribed out of the presence

14   of the witness; that proof of the official character

15   and qualification of the Notary is waived; that the

16   witness may sign the transcript of his deposition

17   before a Notary other than the Notary taking his

18   deposition; said deposition to have the same force and

19   effect as though the witness had signed the transcript

20   of his deposition before the Notary taking it.

21                             - - -

22

23

24

25

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

4

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1          ARTHUR TATE, JUNIOR

2    of lawful age, being by me first duly sworn to testify

3    to the truth, the whole truth, and nothing but the

4    truth, as hereinafter certified, testified as follows:

5                    EXAMINATION

6    BY MR. BAICH:

7        Q.    For the record, could you please state your

8    name and spell your last name?

9        A.    Arthur Tate, Junior, last name is spelled

10   T-a-t-e.

11       Q.    Warden Tate, have you ever appeared at a

12   deposition before?

13       A.    Yes.

14       Q.    I will dispense with the formalities and we'll

15   get right with it.

16       A.    Okay.

17       Q.    Were you served with a subpoena to appear here

18   today?

19       A.    Via the fax machine, yes.

20       Q.    And the subpoena directed you to bring certain

21   records with you.  Did you bring any documents with

22   you?

23       A.    The only thing that I brought was a report

24   that I did in 1992 referencing the trip, and to my

25   knowledge that's the only documents that I have.

5

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    Q.    Okay.  May I have those documents?

2    A.    Let's see if I got them all together here.

3          (Pause.)

4    Q.    Would you like copies of these documents?

5    A.    Yes, because I'm probably going to have to

6    refer to some of the dates.

7                MS. MASON:        Just one, or does

8    everybody need one?

9                MR. WILLE:        Yes, I would like

10   one.

11               MR. BAICH:        Go off the record for

12   a minute.

13               (Discussion held off the record.)

14   BY MR. BAICH:

15   Q.    Warden, you have handed me the documents that

16   you brought with you in response to the subpoena.  I'm

17   going to have these documents marked as Deposition

18   Exhibit A.

19                       - - -

20               Thereupon, Deposition Exhibit A was

21               marked for purposes of identification.

22                       - - -

23   BY MR. BAICH:

24   Q.    Could you please give me your business

25   address?

6

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1     A.   I hope so, 68518 Bannock, B-a-n-n-o-c-k, Road,

2     State Route 331, P.O. Box 540, St. Clairsville, 43950.

3     Q.   Could you please tell me your current

4     position?

5     A.   I am currently the Warden at the Belmont

6     Correctional Institution.

7     Q.   Could you give me a little background on your

8     education?

9     A.   I have a Degree in Sociology, and all course

10    work and requirements for a Masters in Corrections with

11    the exception of a thesis from Xavier University.

12    Q.   Could you give me a little bit of background

13    on your professional experiences?

14    A.   I have been an employee of the Department --

15    of the Ohio Department of Corrections for over 25

16    years.  I have been a Warden in major prison facilities

17    for the Department for 13 years.  I was an FBI agent

18    for a brief stint about 20 months in 19- -- between

19    1978 and 1980.

20    Q.   Okay.  Could you tell me what your position

L     was in 1992?

22    A.   1992, I was the Warden at the Southern Ohio

23    Correctional Facility at Lucasville, Ohio.

24    Q.   At some point in time in 1992, did you have

25    discussions with officials from the Ohio Department of

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

7

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    Rehabilitation and Corrections concerning the execution

2    protocol in Ohio?

3        A.    Yes.

4        Q.    Could you tell me the individuals who were

5    involved in those discussions?

6        A.    Mr. Baich, I don't recall specifically who

7    those persons would have been.  I would have -- I would

8    assume it would probably have been my boss, who was

9    Phil Parker at the time, he was the south regional

10   deputy director for the Department, but I don't recall

11   the specifics of the discussions.

12       Q.    What prompted those discussions to come about?

13       A.    Well, as you know, at that time Ohio's death

14   row population was housed at the Southern Ohio

15   Correctional Facility.  And the possibilities of an

16   execution at that facility, I won't say they were

17   eminent, but there was a possibility that we would have

18   an execution.  And I felt that we needed to be prepared

19   for the eventuality of the -- of an execution, that's

20   what prompted the discussions.

21       Q.    Could you describe what was discussed?

22       A.    Not really in specifics.  Essentially at that

23   time the fact that the equipment -- the execution

24   equipment at the facility was antiquated, and I felt

25   that it needed to be replaced.

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

**MC GINNIS & ASSOCIATES, INC.**
**COLUMBUS, OHIO  (614) 431-1344**

B

1    Q.   Okay.  There came a time in 1992 when you

2    travelled to a different state to observe an execution;

3    is that correct?

4    A.   That's correct.

5    Q.   Could you describe what prompted that trip?

6    A.   Here again, essentially the fact that as

7    warden of the facility, I would be the person that

8    would officiate over an execution, should it occur, and

9    I had never witnessed the process.  So we requested

10   money from NIC to travel to a state where executions

11   were being performed so that we may gain some knowledge

12   about the process.

13   Q.   Could you tell me what NIC stands for?

14   A.   The National Institute of Corrections.

15   Q.   How did you go about making that request?

16   A.   I think initially telephonically, we

17   telephoned them, and I'm not sure if we followed up

18   with a written report or not, but I think the initial

19   contact was by telephone.

20   Q.   Okay.  And did NIC make the arrangements for

21   you to attend an execution?

22   A.   I think we made our own arrangements,

23   Mr. Baich.  I'm not sure just exactly.  I don't recall

24   specifics.  I think they may have directed us to the

25   particular state, and then I think we made our own

1    arrangements.

2         Q.   What state was that?

3         A.   The state of Virginia.

4         Q.   And do you recall approximately when you went

5    to Virginia?

6         A.   It was in mid September, as I recall, 1992.

7         Q.   Okay.  Was there anyone else from your staff

8    or the Department of Rehabilitation and Corrections

9    that was involved in the discussions with NIC?

10        A.   I don't know specifically if there was anybody

11   at the Department level that were involved with NIC

12   discussions, I'm not sure if Mr. Parker was or anybody

13   in the Columbus office.  I can recall that I had

14   several different discussions with them personally.

15        Q.   Okay.  How many people from Ohio attended the

16   execution in Virginia?

17        A.   As I recall, there were six of us, including

18   myself -- five including myself.

19        Q.   Do you recall the names of those individuals?

20        A.   Yes.  Phil Parker, deputy director of the

21   Department of Corrections; Roger Roddy, R-o-d-d-y, he

22   was the deputy warden of Programs at the institution;

23   Jim Hieneman, H-i-e-n-e-m-a-n, he was my administrative

24   assistant; Sharron, S-h-a-r-r-o-n, Kornegay,

25   K-o-r-n-e-g-a-y, she was the public information officer

10

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO   (614) 431-1344

1    for the Ohio Department of Corrections; and Jim Cusick,

2    C-u-s-i-c-k, he was a captain with the Ohio State

3    Highway Patrol and district commander for the district

4    where the facility -- where Lucasville was located.

5              . MR. BAICH:        May we go off the

6    record for a moment?

7              (Discussion held off the record.)

8                   - -

9              Thereupon, Deposition Exhibits A-1

10             through A-10 were marked for purposes

11             of identification.

12                   - -

13   BY MR. BAICH:

14      Q.   Warden, I'm handing you Pages 3, 4 and 5 of

15   Exhibit A.  Could you please identify those documents?

16      A.   This particular document is a document from

17   the National Institute of Corrections.  It references

18   the Technical Assistance Grant pursuant to the trip

19   that we took to Virginia in September 1992.

20      Q.   There is a stamp on Page A-4, I believe --

21   A-3, excuse me, at the top, " .eceived September 17,

22   1992."

23      A.   Uh-huh.

24      Q.   What does that stamp indicate?

25      A.   That's my warden's -- the office stamp at the

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

11

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1   facility, it's stamped "September 17th, 1992, SOCF,

2   Warden's Office."

3       Q.   Okay.  This letter, was it maintained in your

4   files in the normal course of business?

5       A.   I assume that it was, yes.

6       Q.   When you left the Southern Ohio Correctional

7   Facility for your next assignment, did you take this

8   letter with you?

9       A.   Not to my recollection, no.

10      Q.   And when did you obtain this letter?

11      A.   Just this past week, it was forwarded to me by

12  one of my former secretaries at the facility.

13              MR. BAICH:        For the record, I

14  would like to indicate that Mr. Coleman previously

15  requested these documents from the record custodian at

16  the Southern Ohio Correctional Facility, and this

17  particular document was not provided by the warden's

18  counsel.  When I say "warden", I mean Warden Collins,

19  who is the Respondent in this case, and not Warden

20  Tate.

21              Thank you.

22  BY MR. BAICH:

23      Q.   You indicated that you travelled to Virginia

24  to witness an execution with five other people?

25      A.   Yes.

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

**12**

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    Q.   Do you recall the name of the person who was

2    executed in Virginia?

3    A.   No, I don't.

4    Q.   I would like you to sort of take me through

5    the process of what occurred when you arrived in

6    Virginia to witness the execution.  I would like you to

7    start at a point where you had your first encounter or

8    meeting with officials from the institution.

9    A.   To the best of my recollection, we arrived in

10   the Greensville (sic), Virginia area -- or actually

11   Jarratt, Virginia, J-a-r-r-a-t (sic), I believe is the

12   name of the town, it's in southern Virginia, on Sunday

13   evening.

14        And our first meeting with the officials at

15   the Greensville Correctional Institute, which was

16   several miles away, was on Monday morning, as I recall.

17   I think we met with the warden and his executive staff

18   for essentially a briefing of the process.

19        They had an execution scheduled for Tuesday

20   evening, and we were -- we were briefed with regard to

21   the -- just some of the basics of the process, and then

22   we were given a fairly detailed tour of the entire

23   facility.  We met numerous staff at the facility.

24        To the best of my knowledge, the first day was

25   taken up primarily with that -- with that whole touring

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

13

1    and just becoming familiar with the physical

2    surroundings of the prison.

3            On Tuesday we returned to the institution, and

4    essentially were allowed to be involved in every

5    process of the preparation of the condemned person, as

6    well as then ultimately viewing the execution, which

7    occurred at approximately 11:00 o'clock p.m. on Tuesday

8    night.

9        Q.    Warden, you used the term "we".  Could you

10   describe what you mean by that?

11       A.    Yeah.  The individuals that travelled with me.

12   Would you like for me to repeat their names?

13       Q.    No, that's fine.  I just --

14       A.    The people who travelled with me from Ohio.

15   When I use the term "we", I'm talking primarily about

16   those individuals who went with me.  There were several

17   components -- or, are several components of the

18   process.

19            Ms. Kornegay, who was the public information

20   officer, wanted to spend some time with her counterpart

21   there in Virginia and ta."k about public information,

22   those kinds of things.

23            I spent a fair amount of time with the warden

24   and his administrative assistant, you know.  We pretty

25   much linked up with individuals there in the

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    institution and got a really good understanding of the

2    process.

3        Q.    Okay.  Did there come a point in time on --

4    Let me back up.

5            What time did your day begin on Tuesday, if

6    you recall?

7        A.    I really don't recall specifically, Mr. Baich.

8        Q.    Okay.

9        A.    You know, it was in the morning, as I recall.

10   I mean, I would assume that, to the best of my

11   recollection, it would have been, you know, 8:00, 9:00

12   o'clock in the morning.

13       Q.    Okay.  Did there come a point in time during

14   the day when you had a briefing as to what would happen

15   during the execution?

16       A.    We quite possibly could have had a briefing, I

17   don't specifically recall that.  We had a number of

18   discussions with staff throughout the two days that we

19   were there, and I'm sure that, you know, there were

20   discussions -- preliminary discussions that would have

21   given us information about, you know, the entire

22   process.

23       Q.    Okay.

24       A.    I don't recall the specifics of those

25   discussions.

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

16

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1      A.    Yes.

2      Q.    What else did you observe during that process?

3      A.    I don't recall all the specifics.  There was

4    an interchange of clothing, they have a uniform that

5    the condemned person wears to the execution chamber;

6    there was a last meal, I don't recall really the

7    specifics of that.

8           The biggest part of his day, as I recall, was

9    taken up with visitation with various and sundry folks.

10   That's about all I can remember.

11     Q.    Okay.  You stated you saw that the staff

12   shaved Mr. Jones; is that correct?

13     A.    Yes.

14     Q.    You observed that.  Approximately how long

15   before the execution did that occur?

16     A.    I don't really recall specifically.  It was

17   within just a couple hours, I think.

18     Q.    Okay.  And after you observed that activity,

19   what did you do next?

20     A.    We had -- We had some discussions with the --

21   with different members of the execution team during the

22   preparation stage for the execution.  Basically we were

23   just, you know, we were just pretty much observing --

24   observing them and watching them.

25     Q.    Okay.  And where were you observing them?  Is

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

17

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    there a holding area or a waiting area?

2    A.   Yes.  There is a -- There is an execution --

3    an execution chamber or an execution area in the

4    institution where the executions occur, and as we got

5    closer to the time for the execution, most of us were

6    back in that execution area --

7    Q.   Okay.

8    A.   -- with the team.

9    Q.   Okay.  So -- So again, just so I understand,

10    there was like a prepare area?

11    A.   Well, the prisoner was being held in an area,

12    yeah, close by.

13    Q.   Okay.

14    A.   And he was prepared in that area, as I recall.

15    Q.   Okay.  And you stayed in that area from the

16    time that you saw his head shaved up --

17    A.   I can't say specifically that we -- that I

18    spent the entire time there.  It's quite possible that

19    I could have gone out and been in another part of the

20    prison for a short period of time, but to my -- to my

21    recollection we spent the bulk of our time, at least in

22    the evening hours, back in the execution area.

23    Q.   Okay.  Just prior to the time that Mr. Jones

24    was led into the execution chamber, do you recall where

25    you were?

18

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1      A.   We were in a -- a witness area right off --
2  right in front of the -- right in front of the chair.
3      Q.   So at some point, you were led from the
4  prepare area into the witness area?
5      A.   That's correct.
6      Q.   Okay.  And again, when you say "we", were the
7  other five Ohio officials with you when you were in the
8  witness area?
9      A.   Yes, they were.
10      Q.   Okay.  Could you please describe the witness
11  area to me?
12      A.   It was very small, probably not much bigger
13  than this room.  To the best of my knowledge, it had
14  plexiglass and was open on at least two or three sides,
15  it had 10 or 15 chairs, and no creature comforts, just
16  pretty much a room with chairs, that was it, a viewing
17  room.
18      Q.   Could you estimate the size of this room?
19      A.   Oh, I would say probably 12-by-15.
20      Q.   And you described the room as being open on
21  three sides.  What does that mean?
22      A.   Well, it was like sitting in a glass box,
23  maybe that's the best analogy.
24          We walked into the execution room, and this
25  room was a room more or less within that room, and it

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

19

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO   (614) 431-1344

1   was -- it was pretty much -- I can't recall if it was

2   glass or plexiglass, but it was a viewing room, witness

3   room.

4       Q.   Okay.   If I may, and if you recall, would it

5   help to maybe draw this out on a piece of paper so I

6   could get a better understanding?

7       A.   I can give it a shot.   I'm not a very good

8   artist.

9                MR. KEYSER:          There you go.

10               THE WITNESS:         All right.

11               (Witness drawing.)

12               We came in --

13               MR. BAICH:           Why don't we mark

14   this as Exhibit B.

15                        - - -

16               Thereupon, Deposition Exhibit B was

17               marked for purposes of identification.

18                        - - -

19   BY MR. BAICH:

20       Q.   Could you note on Exhibit B the area where you

21   walked in, and maybe make -- write the No. 1 there?

22               (Witness complies.)

23               And when you walked in, you're walking into

24   what area?   Is this --

25       A.   This is the execution area.

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

20

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1      Q.   Okay.  Could you mark the No. 2 where the

2   preparation took place?

3      A.   The preparation, to my recollection, actually

4   took place, Mr. Baich, in another area.

5      Q.   Okay, okay.  That's fine.

6      A.   It was not in this area.

7      Q.   Could you mark then on this exhibit the No. 2

8   where the witness room is located?

9           (Witness complies.)

10          Okay.  And could you mark on this document

11   with the No. 3 where you were located in the witness

12   room?

13          (Witness complies.)

14          Okay.  And if you recall, could you mark on

15   this exhibit where the other members of the Ohio

16   delegation were located?  If you can't remember, that's

17   fine.

18      A.   I don't remember the exact seating.  The room

19   is very small, so I mean, they would be -- they were

20   very close to me.

21      Q.   Okay.  And could you mark on this exhibit with

22   the No. 4 where the electric chair is located?

23          (Witness complies.)

24          . Thank you.

25      A.   You're welcome.

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

21

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    Q.   Okay.  Do you recall what material the room

2    was constructed with; was it constructed of wood, of

3    cinder block?

4    A.   To the best of my recollection, I want to say

5    cinder block, I think it was cinder block. .

6    Q.   Okay.  Getting back to Exhibit B for just one

7    second, you indicated that three sides of the room were

8    plexiglass; is that correct?

9    A.   Viewing glass of some sort, yeah, it was a

10   transparent material; I assume it was glass.

11   Q.   Okay.  And on this diagram where you were, the

12   No. 2 is located, would that be a solid wall or would

13   that be --

14   A.   I believe that it was, that was the back wall

15   to the room.

16   Q.   Okay.  Do you recall whether there was a fan

17   in the witness room?

18   A.   I do not recall that, no.

19   Q.   Do you recall any noise at all in the witness

20   room?

21   A.   No.

22   Q.   Okay.  Do you recall what the lighting was

23   like in the witness room?

24   A.   No, I don't.

25   Q.   Okay.  Was there one door to the witness room?

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

22

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1      A.    To the best of my knowledge, there was one

2  door in this location (indicating).

3      Q.    Okay.  Why don't you mark No. 5?

4            (Witness complies.)

5            Thank you.

6      A.    You're welcome.

7      Q.    How far away from the electric chair were you

8  located?

9      A.    I'd say approximately 20 feet.

10     Q.    Okay.  Could you please describe what happened

11 when Mr. Jones was brought into the execution chamber?

12     A.    The condemned person, Mr. Jones, was led in by

13 members of the execution team, and he was placed in the

14 chair, he was strapped in.  It was just a very brief

15 period of time.

16     Q.    Did Mr. Jones do anything before he was

17 strapped in the chair?

18     A.    Not to my knowledge, not to my recollection,

19 no.  He walked in under his own power and sat down.

20     Q.    Okay.  At any point in time when Mr. Jones was

21 being led into the executio. chamber and to the chair,

22 was your view obstructed?

23     A.    No.

24     Q.    You stated Mr. Jones was led in but walked

25 under his own power?

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    A.    Yeah.

2    Q.    What happened next?

3    A.    He was placed in the chair and strapped in the

4    chair.

5    Q.    And who strapped him in the chair?

6    A.    Members of the execution team, the Virginia --

7    the Greensville Correctional Institutional execution

8    team.

9    Q.    Do you recall how many individuals were inside

10   of the execution chamber?

11   A.    Not specifically, no.

12   Q.    After Mr. Jones was strapped in the chair, do

13   you know whether any of the individuals in the

14   execution chamber left?

15   A.    I don't recall.

16   Q.    Do you recall if Mr. Jones made a last

17   statement?

18   A.    He did.

19   Q.    Did he make this statement himself?

20   A.    Yes.

21   Q.    Okay.  After Mr. Jones made his statement,

22   what happened next?

23   A.    He was electrocuted.

24   Q.    Could you describe to me how that process

25   began?

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1      A.   To the best of my knowledge, the warden

2   activated the system, and there is a person who was in

3   a small room off the electrocution room, itself, where

4   a transformer and the electrocution -- The whole

5   process is done by a machine.

6         When the warden activates the system and gives

7   the signal, the person who is in charge or who is

8   entrusted with the actual electrocution engages the

9   machine, and the machine -- it's a cycle, it cycles

10  through.

11     Q.   From your vantage point, were you able to see

12  that room that you just described?

13     A.   Yes, I think we could.  The room, I believe,

14  had a window in it and was off to the left of where we

15  sat.

16     Q.   If you could mark the No. 6 in the area where

17  that room is located.

18         (Witness complies.)

19         Thank you.

20     A.   You're welcome.

21     Q.   You indicated that the warden gave   signal

22  and the machinery was activated; is that correct?

23     A.   Yes, sir.

24     Q.   Okay.  What were you watching at that time?

25     A.   Mr. Jones.

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1     Q.   Okay.  Could you tell me what you saw?

2     A.   Just the surge of electricity into his body,

3   his body stiffened (indicating).

4     Q.   Okay.  When you say "stiffened", you sort of

5   lifted your shoulders a bit.

6     A.   Just you could see the body stiffen.

7     Q.   Okay.  Did his body shake at all?

8     A.   Not to my knowledge, I don't recall that, no.

9     Q.   Okay.  One of the things that we maybe

10  neglected here was that after Mr. Jones made his

11  statement and before the warden gave the signal, did

12  something occur between that time?  Was a mask placed

13  over Mr. Jones' face?

14    A.   Yes.

15    Q.   And you observed that?

16    A.   Yes.

17    Q.   Did you look at the mask at all when the

18  electricity was going through Mr. Jones' body?

19    A.   Well, I was looking directly at him, so I had

20  to be -- I'm assuming -- yeah, I'm sure I looked at the

21  mask.

22    Q.   Did you notice any swelling around the face

23  mask?

24    A.   No.

25    Q.   Okay.  Did you notice Mr. Jones' hands during

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

26

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    the time of the execution?

2        A.    I don't recall.

3        Q.    Okay.  Did you observe any smoke?

4        A.    Yes.

5        Q.    And where did that smoke come from?

6        A.    From the area of one of the electrodes, as I

7    recall.

8        Q.    Do you recall how many electrodes were placed

9    on Mr. Jones?

10       A.    I believe -- I'm sorry, I believe there were

11   two.

12       Q.    Where were they placed?

13       A.    One on the leg and one on the head.

14       Q.    Do you recall where the -- from which

15   electrode the smoke came?

16       A.    I think it was from the leg.

17       Q.    Okay.  When Mr. Jones was being electrocuted,

18   what did you hear?

19       A.    There was a -- We were in a room, an enclosed

20   room, but you could hear just kind of like the sound of

21   the machine, you know, just a very dull type sound, it

22   was kind of a -- and kind of an electrical, like if you

23   listen to a transformer on a pole.

24       Q.    Okay.  When Mr. Jones was being electrocuted,

25   what did you smell?

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    A.    I don't recall smelling anything during the --

2    while we were in that room.

3    Q.    Was the door to the room closed?

4    A.    Yes.

5    Q.    Okay.  How long did that first jolt of

6    electricity last?

7    A.    To the best of my recollection, I think the

8    system is 130 seconds; it's 10 seconds at one voltage

9    and then 120 seconds at a different voltage, that's to

10   the best of my recollection.  It's a cycle, it cycles

11   for 10 seconds, then the voltage drops for 120 seconds,

12   it cycles through automatically.

13   Q.    Just so I understand it, the first jolt then

14   would last for 10 seconds?

15   A.    That's correct.

16   Q.    And then there would be a period of 120

17   seconds --

18   A.    Right.

19   Q.    -- where there was no electricity?

20   A.    No, that's not correct.

21   Q.    Okay.

22   A.    It's a continual current of electricity, and

23   I'm not an electrician, but it's a continual current

24   starting out at -- I think for 10 seconds at a high

25   figure, 1,700 volts, and then it drops I think to about

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1  6-, 650 volts, somewhere around there for 120 seconds,

2  but the current does not stop, it just drops.

3      Q.   Okay, I understand that.  So that first jolt

4  then lasts for approximately 130 seconds?

5      A.   Yes.

6      Q.   Okay.  And during that 130 seconds, did you

7  look at Mr. Jones the whole time?

8      A.   Yes.

9      Q.   Okay.  Did you look away at all?

10     A.   I don't think so.

11     Q.   Okay.  There were five other people from Ohio

12  in the room with you at the time.  Do you know what

13  they were doing during that period?

14     A.   No, I don't recall.

15     Q.   Do you recall anyone in the witness room

16  talking during that period?

17     A.   No, I don't.

18     Q.   After the first volt ended, what happened

19  next?

20     A.   I believe they ran two cycles on him.

21     Q.   So the first jolt ended.  Did the second jolt

22  start immediately or was there a waiting period?

23     A.   It was immediately I think, as I recall.

24     Q.   Okay.  And what occurred during the second

25  jolt, what did you observe?

29

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    A.    Nothing different than the first.

2    Q.    Okay.  Was there any difference in Mr. Jones'

3  reaction to the second jolt?

4    A.    No.

5              MR. KEYSER:  .          Can we go off the

6  record for a minute?

7              (Discussion held off the record.)

8  BY MR. BAICH:

9    Q.    Warden, could you tell me how long the second

10  jolt of electricity lasted, to the best of your

11  recollection?

12    A.    It was the same cycle, it was exactly the same

13  cycle as the first, 130 seconds.

14    Q.    And at any point during the electrocution, did

15  you hear anyone yell or make -- have any kind of

16  outburst?

17    A.    No.

18    Q.    After the second cycle ended, what happened

19  next?

20    A.    There was a period, I don't know if they

21  called it a -- like a cool down period where everybody

22  just sat and wondered what was going to happen next,

23  but no one did anything, there was a couple minutes

24  that went by.

25    Q.    And where were you during that period?

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

30

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1      A.   I was still in the witness room.

2      Q.   Okay.  Were people talking at all?

3      A.   I don't recall.

4      Q.   Okay.  And approximately how long did that

5  cool down period last?

6      A.   I think just a couple minutes.

7      Q.   Okay.  And at the end of that period, what

8  happened?

9      A.   A medical person came in and checked Mr. Jones

10  for a heartbeat.

11      Q.   And you observed that?

12      A.   Yes.

13      Q.   And what happened after that?

14      A.   As I recall he indicated, there may have been

15  I think more of a nonverbal kind of indication, that

16  Mr. Jones had expired.

17      Q.   Okay.  After the medical person did that, what

18  happened next?

19      A.   Very shortly thereafter, they came and got us

20  out of the witness room.  And members of the execution

21  team came in and unstrapped Mr. Jones and put him on a

22  gurney and prepared to take him to the -- I think to

23  Richmond, I think they took him to Richmond, took his

24  body to Richmond.

25      Q.   You said staff members came and took you from

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

31

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    the witness room; is that correct?

2        A.    That's correct.

3        Q.    Did they take you out at what's been marked as

4    No. 5 on Exhibit B?

5        A.    Yes.

6        Q.    Okay.  And where was Mr. Jones at that time?

7        A.    He was still sitting in the chair.

8        Q.    Did you observe the removal of his body from

9    the chair?

10       A.    Yes, I did.

11       Q.    Okay.  And what did you observe during that

12   process?

13       A.    They simply unstrapped him and took the

14   electrodes off and placed him on a gurney, and he was

15   taken into a back room and subsequently then

16   transferred, I believe, to Richmond in an ambulance.

17       Q.    When you observed that, were you still in the

18   witness room or were you in the execution chamber?

19       A.    I was in the chamber, itself.

20       Q.    What did it smell like in the chamber?

21       A.    There was a slight smell of burnt flesh.

22       Q.    Okay.  Did you smell any excrement?

23       A.    No.

24       Q.    After you were led from the witness room,

25   where did you go next?

32

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1     A.    Into the execution chamber, itself.

2     Q.    And after the execution chamber?

3     A.    At some point very, very shortly after the

4   execution, they had a debriefing with the execution

5   team, the warden of the prison and the folks that were

6   involved.

7     Q.    Okay.  Did you have an opportunity to discuss

8   your observations of the execution with other

9   individuals?

10    A.    Oh, I certainly had the opportunity, but I

11  don't recall that we discussed any specifics about

12  that.  I was more intent on listening to the debriefing

13  of the execution team members --

14    Q.    Okay.

15    A.    -- to find out what -- what they had to say.

16    Q.    And what did they have to say?

17    A.    Very little.  I was really surprised that they

18  were very businesslike, very professional, and they

19  didn't have much to say at all about the process.  They

20  obviously had done it on several occasions and it was

21  part of their job, and the debriefing was very, very

22  brief.

23    Q.    And who was present at the debriefing, if you

24  recall?

25    A.    The warden of the prison, Warden Wright,

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

33

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    W-r-i-g-h-t, as I recall, and the members of the

2    execution team, as well as some miscellaneous

3    executives there at the prison.

4        I don't recall if the department director for

5    Virginia was at the debriefing or not, he was at the

6    facility. To the best of my recollection, he was at

7    the facility, but there were a number of people in the

8    conference room.

9        Q.  Okay. Were members of the press at the

10    debriefing?

11        A.  No.

12        Q.  I'd like to take you back to the witness room

13    for a moment. Were members of the press present in

14    that witness room?

15        A.  You know, Mr. Baich, I think -- I'm trying to

16    remember what their procedure was in Virginia, and to

17    the best of my recollection, I think they had a lottery

18    of sorts with the press, and a press person was

19    selected through this lottery process and they were

20    allowed to be in the witness room, I think. I believe

21    that's -- To the best of my recollec .on, that's --

22    there was somebody there from a -- the print media.

23        Q.  Okay. Did you have an opportunity to read any

24    press accounts of Mr. Jones' execution?

25        A.  You know, I believe I did. The execution

34

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    occurred late on Tuesday, and to the best of my

2    knowledge it was in the paper Wednesday.  I don't

3    recall the specifics of that, but I'm pretty sure that

4    we did read an account of the execution.

5        Q.    Okay.  I'm sorry, Warden, I want to take you

6    back to the electrocution for a moment.

7            You said that you observed smoke coming out of

8    the leg electrode.  Did you observe any sparks coming

9    out of the electrode?

10       A.    To the best of my knowledge, there was some

11   arcing, that's the best way I can determine it.

12       Q.    Okay.  And was it a constant arcing?

13       A.    I don't believe so.

14       Q.    Okay.  You also indicated that you observed,

15   and I apologize for jumping around here, that you

16   observed the execution team remove Mr. Jones from the

17   electric chair and place his body on a gurney?

18       A.    That's correct.

19       Q.    Did you have an opportunity to observe

20   Mr. Jones' body?

21       A.    Yes.

22       Q.    Okay.  And did you have an opportunity to

23   observe the head area?

24       A.    Yes.

25       Q.    What did you see?

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

37

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    Ohio officials about your observations?

2        A.    Yeah, I'm sure that we did.  I'm trying to

3    think of who I travelled with, and I can't even

4    remember who I went down there with, but I'm sure that

5    we have had -- we had discussions about it.

6        Q.    When you returned to Ohio, did you prepare any

7    written memoranda as to your observations?  And I'll

8    hand you Exhibit A.

9        A.    Yes, yes.  I prepared a brief report to

10    Ms. Kim Rendelson, R-e-n-d-e-l-s-o-n, she was a

11    technical assistant manager at the National Institute

12    of Corrections.  My brief report was just pursuant to

13    their policy, their follow-up policy, that report was

14    dated September 21st, 1992.

15        Q.    Okay.  And that document, again, is that

16    maintained in the -- was that maintained in the normal

17    course of business as the warden at SOCF?

18        A.    Yes.

19        Q.    Did you provide a copy of that document to any

20    other DRC officials or to any of your staff?

21        A.    Not to my knowledge.  I may have sent a copy

22    to Mr. Parker, who was my immediate supervisor.  In

23    fact, referencing the document, I sent a copy to

24    Mr. Parker and to the director.

25        Q.    Okay.  Just so we know what we're talking

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO (614) 431-1344

1    machine that they had in Greensville at the institution

2    where I had witnessed the execution of Mr. Jones.

3         Q.    Do you recall which company you purchased the

4    machine from?

5         A.    No, I don't.  It was -- It was a fellow who

6    actually manufactures these machines, and to the best

7    of my recollection, I think he was in Arkansas, I think

8    his company was in Arkansas.  That should all be a

9    matter of record, Mr. Baich.

10        Q.    Okay.  Does the name Jay Wiechert sound

11   familiar to you?

12        A.    Yes, yes.

13        Q.    Wiechert is spelled W-i-e-c-h-e-r-t.

14              Did you ever have the occasion to meet

15   Mr. Wiechert?

16        A.    Yes.

17        Q.    And where did you meet him?

18        A.    I believe at the prison, at Lucasville, the

19   Southern Ohio Correctional Facility.

20        Q.    Do you recall if he was present in Virginia

21   for the Jones execution?

22        A.    To the best of my recollection, he was not.

23        Q.    Okay.  Could you tell me how Mr. Wiechert was

24   selected as the person to make the repairs to the Ohio

25   electric chair?

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

40

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    A.   Obviously there is not a lot of folks out

2  there who are in the business, at least to my

3  knowledge, of manufacturing execution equipment.

4  Mr. Wiechert was such an individual.

5         He had, to the best of my knowledge, he had

6  manufactured electrocution systems for a number of

7  states and was reputable, and that's pretty much I

8  think the process.  We ended up selecting Mr. Wiechert.

9  He was the -- He was the person that built the Virginia

10  system.

11    Q.   Did you make the selection or did someone else

12  at the Department make the selection?

13    A.   Well, we went through the normal State process

14  of selections.  I don't know that I personally made the

15  selection, I don't believe that I did; but he ended up

16  being selected and pretty much got the bid to

17  manufacture the system.

18    Q.   Okay.  And again, we're going back to the

19  beginning of the deposition.  Was Virginia selected

20  because its electric chair was similar to the Ohio

21  chair?  That's a poorly phrased question.

22         Why was Virginia selected as a place to

23  observe an electrocution?

24    A.   I think primarily for a couple reasons.

25         One, they had had a history of

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

41

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    electrocuting -- of electrocutions, the physical

2    location to Ohio was not that great, and they were

3    willing to accept us at their facility as observers

4    during the process.

5         So I think all those things kind of came into

6    play.  They had a system that was built by this

7    gentleman, and had been at least indicated that it was

8    a very reliable system, so....

9         (Pause.)

10    Q.    Was that system by Mr. Wiechert, in fact,

11    installed in Ohio?

12    A.    Yes.

13    Q.    Okay.  And do you know when that installation

14    occurred?

15    A.    I want to say through the winter of --

16    between -- in the winter months, I say '92, early '93,

17    that's a guesstimate, but I think it was -- we were

18    down there in September of '92, we had the riot in

19    April of '93, so it would have been during the winter

20    months that it was installed, I want to say December,

21    maybe December '92, it seems like it was around

22    Christmastime, December '92, in that area.

23    Q.    Okay.  Warden, have you had the occasion to

24    read any books or literature about executions or

25    execution protocols?

**42**

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1    A.   I don't believe so.

2    Q.   Okay.  Have you made any speeches or had any

3    public discussions about your observations in Virginia?

4    A.   Oh, I'm sure I have over the past three years

5    or so.  I have not spoken or given speeches

6    specifically about witnessing an execution, but I'm

7    sure that over the past three years I have in numerous

8    talks and, you know, discussions on capital punishment,

9    I have probably made comments to the effect that I have

10   personally witnessed an execution.

11   Q.   Okay.  Did you attend the meeting of the

12   American Correctional Association this past summer in

13   Cincinnati, Ohio?

14   A.   Yes, I did.

15   Q.   Okay.  Did you serve on a panel concerning the

16   management of death row inmates?

17   A.   Yes, I did.

18   Q.   Okay.  Do you recall who else was on that

19   panel?

20   A.   There was a lady from Oklahoma and a gentleman

21   from Missouri, and I can't remember their names.

22   Q.   Okay.  Do you recall making the following

23   statement, "If you're not affected by an execution,

24   then something is wrong"?

25   A.   I don't recall making that statement, but I

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

43

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1  don't deny that I made it, that sounds like something I

2  would say.

3      Q.  Okay.  And what do you mean by that statement?

4      A.  Well, witnessing the execution was an

5  experience I won't forget.  I mean, I think any time

6  that you look directly at someone and watch them die,

7  that's a pretty profound occurrence, and it was for me.

8      Q.  Okay.  In what way?

9      A.  Well, I don't know that I can explain it any

10  way other than to say that it's something that I won't

11  forget.

12            MR. BAICH:      Do you wish to

13  inquire?

14            MR. WILLE:      No.

15            MR. BAICH:      Okay.  Thank you very

16  much, Warden.

17            Under the Rules of Civil Procedure, you

18  have the opportunity to review your testimony today and

19  sign the transcript of the deposition.  If you would

20  like to do that, you may.  If you would like to waive

21  signature, you may do that also.

22            THE WITNESS:    I would like to

23  review it --

24            MR. BAICH:      Okay.

25            THE WITNESS:    -- at some point.

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO   (614) 431-1344

44

1          (Signature not waived.)

2                 - - -

3          (Thereupon, the deposition was

4          concluded at 10:20 o'clock a.m.

5          on Thursday, December 21, 1995.)

6                 - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

45

1       A F F I D A V I T

2             - - -

3    STATE OF OHIO,              )
                                 )  SS:
4    COUNTY OF _____  ,  )

5             Arthur Tate, Junior, having been duly sworn

6    and cautioned, deposes and says that:

7             I have read the transcript of my deposition

8    taken on Thursday, December 21, 1995, and made all

9    necessary changes and/or corrections as noted on the

10   attached correction sheet, if any.

11

12

13                          Arthur Tate, Junior

14            Sworn to before me and subscribed in my

15   presence this _____ day of _____ , 1996.

16

17

18                          Notary Public

19   My Commission Expires: _____ .

20             - - -

21

22

23

24

25

* DEPONET AFFILIATE * CERTIFIED MIN-U-SCRIPT PUBLISHER *

MC GINNIS & ASSOCIATES, INC.
COLUMBUS, OHIO  (614) 431-1344

1                    C E R T I F I C A T E

2                        - - -

3    State of Ohio,              )
                                 ) SS:
4    County of Franklin,         )

5                        - - -

6            I, Carolyn D. Ross, Registered
     Professional Reporter and Notary Public in and for the
7    State of Ohio, hereby certify that the foregoing is a
     true and accurate transcript of the deposition
8    testimony, taken under oath on the date hereinbefore
     set forth, of
9            ARTHUR TATE JUNIOR                    .
             I further certify that I am neither attorney
10   or counsel for, nor related to or employed by any of
     the parties to the action in which the deposition was
11   taken, and further that I am not a relative or employee
     of any attorney or counsel employed in this case, nor
12   am I financially interested in the action.

13

14                          _____
                            Carolyn D. Ross,
                            Registered Professional
15                          Reporter and Notary Public
                            in and for the State of
16                          Ohio.

17   My Commission Expires:
     April 04, 1999.

18

19

20                    *** CAUTION ***
21   This certification bears an original signature in
     nonreproducible ink.  The foregoing certification of
22   the transcript does not apply to any reproduction of
     the same not bearing the signature of the certifying
23   court reporter. McGinnis & Associates, Inc. disclaims
     responsibility for any alterations which may have been
24   made to the noncertified copies of this transcript

25                        - - -


     *  DEPONET AFFILIATE  *  CERTIFIED MIN-U-SCRIPT PUBLISHER  *



**OHIO DEPARTMENT OF REHABILITATION AND CORRECTION**
Reginald A. Wilkinson, DIRECTOR

**SOUTHERN OHIO CORRECTIONAL FACILITY**
P.O. Box 45699
Lucasville, Ohio 45699-0001

Arthur Tate, Jr., WARDEN

George V. Voinovich, GOVERNOR
Mike DeWine, LIEUTENANT GOVERNOR

September 21, 1992

<div style="border:1px solid">DEPOSITION<br>EXHIBIT<br>A<br>12.71.95 CDL</div>

Ms. Kim C. Randelson
Division Technical Assistance Manager
National Institute of Corrections
320 First Street Northwest
Washington, DC 20534          RE:  NIC GRANT 92P1103

Dear Ms. Rendelson:

This report is being submitted pursuant to NIC guidelines as outlined in your letter of 9/10/92.  There are currently 121 individuals housed on Ohio's death row which is located at the maximum security Southern Ohio Correctional Facility.

Ohio has not experienced an actual execution since March, 1963, and we are currently in the process of establishing procedures which would govern this process.  It is my understanding that South Regional Director, Phil Parker, initiated contact with NIC to inquire about a "grant" for the purpose of traveling to a state which was currently involved in the execution process.  It was learned that the state of Virginia had an execution scheduled for Tuesday, 9/15/92; once the grant was approved, arrangements were made to travel to Virginia on 9/13/92.

On the morning of 9/14/92, we arrived at the Greensville Correctional Institution in Jarrat, Virginia.  The Greensville facility houses death row prisoners 15 days prior to the execution date and the electric chair is located at Greensville.  Initial meetings were held with Warden Ellis Wright Jr. and his staff regarding Virginia's execution policies and procedures.

Warden Wright and staff were most helpful and accomodating regarding this process.  In addition to Warden Wright and his staff, we received briefings from the Director of the Virgina Department of Corrections, Edward Murray and Regional Director, James Smith.  A comprehensive tour of the facility, including the execution chamber, was conducted on 9/14/92.  Interaction with the facility's execution team including their prepatory "drills" was permitted and the experience and information received was invaluable.

Activities on the first day concluded at approximately 4:30 p.m. On 9/15/92, the day of the execution, the Ohio team arrived at the Greensville prison at approximately 8:30 a.m.  The execution was scheduled for 11:00 p.m. on that date.  Warden Wright permitted our team to experience every aspect of this days activities up to and including the execution itself and the debriefing with staff

A1

PAGE 2
RE: NIC GRANT 92P1103

which followed. We were provided with Virginia's written procedures and also permitted to ask unlimited questions and take written notes throughout our second day visit.

From my perspective, the visit was extremely helpful and worthwhile and will enable us to have a better understanding of how to proceed with the establishment of Ohio's policies and procedures governing executions. The individuals who accompanied me on this trip were as follows:

        Phil Parker, Deputy Director South Region
        Rodger Roddy, Deputy Warden of Programs
        Jim Hieneman, Administrative Assistant
        Sharron Kornegay, Public Information Officer
        Jim Cusick, Captain Ohio State Highway Patrol

If you have further questions or I can provide additional information, please feel free to contact me.

                        Sincerely,

                        SOUTHERN OHIO CORRECTIONAL FACILITY


                        Arthur Tate, Jr.
                        Warden


cc:  Reginald Wilkinson, Director
     Phil Parker, South Region Director
     File

AT/tjc

A2

|  | Prep | Travel | On-Site |
|---|---|---|---|
| 9/13/92 — | 1 hr | 11 hr. | |
| 9/14/92 — | O | O | 8 hrs |
| 9/15/92 — | O | O | 8 hrs |
| 9/16/92 — | O | 9½ hrs | O |
| 9/18/92 | | | Report Writing 2 hrs |

Term
Last Page
TPC

A6

CONSULTANT FEE VOUCHER–TECHNICAL ASSISTANCE PROJECT
(Complete and Mail to Applicable NIC Technical Assistance Manager)

Name: __Arthur Tate, Jr.__    Social Security Number __284__.__42__.__0703__

Mailing Address: Southern Ohio Correctional Facility
__PO Box 45699, Lucasville, OH 45699__

Telephone Number: __614-259-5544__    TA Number: __92P1103__

Site Location: __Greenville__ / __Virginia__
City / County / State

## CONSULTANT FEES*

INSTRUCTIONS: On the following timesheet, place, in chronological order, the dates you worked on this project. Specify, for each date you list, the number of hours (round to the nearest hour) you spent on each of the consultant activities listed. Record a zero (0) under each activity you did not perform on the date referenced. Total the number of hours you spent working on this project for each date you list. Place each amount in the total column; then, total the number of hours you spent on the entire project. Enter this amount on the last line in the total column.

### Consultant Activities

| Date | Preparation | Travel Authorized Site | On-Site Project Work | Travel From Authorized Site | Report Writing | Total Hours |
|------|-------------|------------------------|----------------------|-----------------------------|----------------|-------------|
| 9-13-92 | 1 | 11 | 0 | 0 | 0 | 12 |
| 9-14-92 | 0 | 0 | 8 | 0 | 0 | 8 |
| 9-15-92 | 0 | 0 | 8 | 0 | 0 | 8 |
| 9-16-92 | 0 | 0 | 0 | 9½ | 0 | 9½ |
| 9-18-92 | 0 | 0 | 0 | 0 | 2 | 2 |

Total Hours  39½

I certify that I have performed the services contracted for and listed above:

_(Signature)_    _September 22, 1997_ (Date)

*The Institute will not compensate consultants for more than eight hours work, including travel time, performed within any 24-hour calendar day.

A7

## GENERAL TECHNICAL ASSISTANCE REPORT FORMAT

All consultants will complete a report following their consultation which will incorporate the following outline unless otherwise specified in the authorization letter.

It is recognized that reports will vary in size and depth of analysis. The consultant should feel free to add sections and subjects according to the specific assignment. No report should contain less than what is set forth.

A.  The circumstances that led to the request – a brief overview generally obtained from the initial request.

B.  The person who contacted the consultant and what the consultant was asked to do.

C.  Description of the problem after the consultant arrived on-site and how the problem differed from what was expected.

D.  Description of assistance actually provided - include where, when, persons contacted, etc. (If training technical assistance event please provide general description of participant group and attach, if possible, list of participants with titles, addresses, etc.)

E.  General comments, observations.

F.  Specific recommendations and supporting documentation when appropriate.

A8

SENT BY:REHAB & CORR-REG. OFFC  11-02-92 11:18PM

# TRAVEL AND PER DIEM CLAIM FORM

Name: Arthur Tate, Jr.                              KE TA No: 92PJ103

Mailing Address: Southern Ohio Correctional Facility, P. O. Box 45699, Lucasville, Ohio  45699

Social Security Number: 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    Telephone Number: 614-259-5544

Technical Assistance Site: Jarette,                        Virginia
                           (City/County)                   (State)

| TRAVEL | DATE | TIME |
|---|---|---|
| Departure from home/office | 9-13-92 | 6:30 a.m. |
| Arrived at T/A site/hotel | 9-13-92 | 5:30 p.m. |
| Departure from T/A site/hotel | 9-16-92 | 8:00 a.m. |
| Arrival at home/office | 9-16-92 | 7:00 p.m. |

NOTE: Departure and arrival times should be those times in effect at locations involved.

## METHOD(S) OF TRANSPORTATION

If private auto was used indicate odometer readings. (The current reimbursement rate for POV mileage is 25¢)

1. From home/office to airport, train station, bus terminal, other
   Check one: POV _____ Public Transportation _____          Cost $ N/A
   Beginning mileage _____ Ending mileage _____              Cost $ N/A

2. From T/A Site via: air, train, bus, private auto, other
   (please specify) Method _____                               Cost $ N/A
   Beginning mileage _____ Ending mileage _____              Cost $ N/A

3. From T/A Site via: air, train, bus, private auto, other
   (please specify) Method _____                               Cost $ N/A
   Beginning mileage _____ Ending mileage _____              Cost $ N/A

4. To home/office from airport, train station, bus terminal, other
   Check one: POV _____ Public Transportation _____          Cost $ N/A
   Beginning mileage _____ Ending mileage _____              Cost $ N/A

## METHOD(S) OF TRANSPORTATION AT T/A SITE (DO NOT INCLUDE RENTAL CAR IN THIS SECTION)

1. From airport, train station, bus terminal, etc. to hotel or T/A site:
   - Method  Ohio State                                         Cost $ N/A

2. To airport, train station, bus terminal, etc. from hotel or T/A site:
   - Method _____                                              Cost $ N/A

3. Other method of Transportation (please explain) Ohio State Gov't Car

## OTHER AUTHORIZED EXPENSES

| | |
|---|---|
| Lodging | Cost $ -0- |
| Rental car | Cost $ -0- |
| Telephone charges | Cost $ -0- |
| Clerical Services (typing, duplicating, etc.) | Cost $ -0- |
| Postage | Cost $ -0- |
| Parking | Cost $ -0- |
| Other (explain)  Meals | Cost $ $104.00 (4 DAYS @ $26) |

NOTE: ORIGINAL RECEIPTS OR CERTIFICATION OF ALL AUTHORIZED EXPENDITURES ARE REQUIRED FOR REIMBURSEMENT PURPOSES REGARDLESS OF AMOUNT.

I certify this Travel and Per Diem Claim Form to be True and Correct.

_(Signature)_                    _(Date)_  9, 1992

A9

STATE OF OHIO

## OUT-OF-STATE TRAVEL REQUEST

Name of Trainee/Title: **Philip V. Parker, South Regional Director**

Agency: **DRC**　　Division: **Regional Offices**

Proposed Trip (City, State): **Greenville Correctional Center, Jarrett, Virginia**

From: **Columbus, Ohio**

Inclusive Dates of Departure and Return — From **9-13-92** To **9-16-92**

Inclusive Dates of Attendance — From **9-14-92** To **9-15-92**

No. of Persons on This Trip: **0**

No. of Persons from This Agency Making This Trip: **5**

**Explanation of Request:**

Request is to send a five (5) person team to observe the preparations for an execution on September 15, 1992. See attached

Those attending:

Philip V. Parker, South Regional Director
Sharron Kornegay, Public Information Officer
Arthur Tate, Jr., Warden SOCF
Roger Roddy, Dep. Warden of Programs SOCF
Jim Heineman, Adm. Ass't. to Warden SOCF

RECEIVED
SEP 15 1992
S.O.C.F.
WARDEN'S OFFICE

| Transported by: ☐ Airfare ☒ State Auto ☐ Personal Auto ☐ Other (specify) | | Cost to Agency | Cost Reimbursable to Individual |
|---|---|---|---|
| TRANSPORTATION | Miles @ — Per Mile | $ -0- | $ -0- |
| HOTEL | 3 Nights @ — Per Night | $ -0- | $ -0- |
| MEALS | 4 Days @ — Per Day | $ -0- | $ -0- |
| Miscellaneous | | Total of all Miscellaneous | |
| Registration/Tuition Fee | Limousine/Taxi/Bus | Other (specify) | $ | |
| Signature/Title _____ 9/14/92 | | Grand Total | $ -0- | $ -0- |

Source of Funds: ☐ Federal ☐ State ☐ Personal ☒ Other (specify) **RID Technical Grant to fund trip for all travelers.**

Fund Code | House Bill No. | Fiscal Year | Division Code | Institution Code

Appropriation Line Item Name

## IN-HOUSE APPROVALS

| Signature/Title | Date | Signature/Title | Date |
|---|---|---|---|
| | | David Baker　QD | 9/14 |
| Signature/Title | Date | Signature of Director or Designee | 9/15/92 |

A10