AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JESSE COWANS,**

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

vs.

**MARGARET BAGLEY, Warden,**

CASE NO. C1-00-618
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

       **Respondent.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Opinion and Order filed September 30, 2008, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 30, 2008             JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk